| United States Bankruptcy Court<br>Western District of Wisconsin | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Rorabeck, Danny B. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Rorabeck, Kathleen M. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Dan Rorabeck; dba Landmarq Lending and other various businesses | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Kate Rorabeck |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 0118 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 1855 |
| Street Address of Debtor (No. and Street, City, and State)<br>1355 Awatukee Trail<br>Hudson, WI  ZIPCODE 54016 | Street Address of Joint Debtor (No. and Street, City, and State)<br>1355 Awatukee Trail<br>Hudson, WI  ZIPCODE 54016 |
| County of Residence or of the Principal Place of Business:<br>St. Croix | County of Residence or of the Principal Place of Business:<br>St. Croix |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIPCODE | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

**Type of Debtor**
(Form of Organization)
(Check one box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Danny B. Rorabeck & Kathleen M. Rorabeck |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** ___/s/ D. Peter Seguin_____ ___1/15/10___<br>Signature of Attorney for Debtor(s)      Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Danny B. Rorabeck & Kathleen M. Rorabeck |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Danny B. Rorabeck
Signature of Debtor

**X** /s/ Kathleen M. Rorabeck
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

1/15/10
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

(Date)

### Signature of Attorney*

**X** /s/ D. Peter Seguin
Signature of Attorney for Debtor(s)

D. PETER SEGUIN 1015439
Printed Name of Attorney for Debtor(s)

Mudge, Porter, Lundeen & Seguin S.C.
Firm Name

110 2nd St, PO Box 469
Address

Hudson, WI 54016-0469

715-386-3200
Telephone Number

1/15/10
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# UNITED STATES BANKRUPTCY COURT
## Western District of Wisconsin

Danny B. Rorabeck & Kathleen M. Rorabeck

In re_____     Case No._____
          Debtor(s)                                         (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

❒ 3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒ 4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ❒  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ❒  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**

    ❒  Active military duty in a military combat zone.

❒ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:      _/s/ Danny B. Rorabeck_____

                                 DANNY B. RORABECK

Date:   _1/15/10_____

# UNITED STATES BANKRUPTCY COURT
## Western District of Wisconsin

Danny B. Rorabeck & Kathleen M.
Rorabeck

In re_____     Case No._____
                    Debtor(s)                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

❏   3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

    ❏   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ❏   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**

    ❏   Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:      /s/ Kathleen M. Rorabeck _____

                                     KATHLEEN M. RORABECK

Date:   1/15/10 _____

# United States Bankruptcy Court
## Western District of Wisconsin

In re    Danny B. Rorabeck & Kathleen M. Rorabeck

_____

Debtor

Case No. _____

Chapter    7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 550,000 | | |
| B – Personal Property | YES | 8 | $ 122,700 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 906,000 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 83,935 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 40 | | $ 11,754,364 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 7 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 9,254 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 10,057 |
| **TOTAL** | | 66 | $ 672,700 | $ 12,744,299 | |

# United States Bankruptcy Court
## Western District of Wisconsin

In re   Danny B. Rorabeck & Kathleen M. Rorabeck      Case No. _____

                      Debtor

                                                       Chapter      7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 83,935 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0 |
| Student Loan Obligations (from Schedule F) | $ 12,500 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0 |
| TOTAL | $ 96,435 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 9,254 |
| Average Expenses (from Schedule J, Line 18) | $ 10,057 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 10,554 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 356,000 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 83,935 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0 |
| 4. Total from Schedule F | | $ 11,754,364 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 12,110,364 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

**In re** _Danny B. Rorabeck & Kathleen M. Rorabeck_    **Case No.** _____

_____**Debtor**_____    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence; legal description: Pt of Gov Lot 6 and 7, Lot 3 of CSM 6/1523 Except Pt to Awaukee Trail EZ-UT-1282/570, Sec 26-T30N-R19W, St. Croix County, WI.  1355 Awatukee Trail Hudson, WI 54016 | Fee Simple | C | 550,000 | Exceeds Value |
| | | Total ➤ | 550,000 | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re   <u>Danny B. Rorabeck & Kathleen M. Rorabeck</u>       Case No. <u>                              </u>

<div align="center"><b>Debtor</b>                                                    <b>(If known)</b></div>

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account ending in 2351.<br>USBank<br>PO Box 1800<br>St. Paul, MN 55101 | H | 1,000 |
| | | Checking account ending in 5925.<br>TCF Bank<br>801 Marquette<br>Minneapolis, MN 55402 | W | 1,000 |
| | | Checking account ending in 3712.<br>First National Bank<br>PO Box 89<br>New Richmond, WI 54017 | H | 500 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Living room furniture and furnishings<br>Debtors' possession | C | 2,500 |
| | | Bedroom furniture and furnishings<br>Debtors' possession | C | 2,000 |
| | | Kitchen appliances, furniture and furnishings<br>Debtors' possession | C | 2,500 |

In re  Danny B. Rorabeck & Kathleen M. Rorabeck                    Case No. _____
       **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Other appliances and household goods<br>Debtors' possession | C | 3,000 |
| | | Tools, lawn and garden equipment<br>Debtors' possession | C | 1,000 |
| | | Computer equipment<br>Debtors' possession | C | 500 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books<br>Debtors' possession | C | 500 |
| | | Pictures<br>Debtors' possession | C | 1,000 |
| 6.   Wearing apparel. | | Wearing apparel<br>Debtors' possession | C | 2,000 |
| 7.   Furs and jewelry. | | Jewelry<br>Debtors' possession | C | 1,000 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | Hunting guns.<br>Debtors' possession | C | 1,000 |
| | | Sports equipment<br>Debtors' possession | C | 1,200 |
| | | Cameras<br>Debtors' possession | C | 200 |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

**In re** _Danny B. Rorabeck & Kathleen M. Rorabeck_       **Case No.** _____

                 **Debtor**                                                     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 403(b) retirement account, not accessible until death, disability or retirement.<br><br>WEA Trust Member Benefits<br>PO Box 7338<br>Madison, WI 53707-7338 | W | 9,400 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% stock ownership of Alternative Mortgage Options, Inc. fully secured by debt. Liabilities exceed assets. No longer operating.<br>Alternative Mortgage Options, Inc.<br>625 Commerce Drive, Ste 215<br>Hudson, WI 54016 | C | 0 |
| | | 100% stock ownership interest of Four Seasons Title, Inc. Liabilities exceed assets. No longer operating.<br>Four Seasons Title, Inc.<br>625 Commerce Drive, Ste 215<br>Hudson, WI 54016 | C | 0 |
| | | 14% stock ownership interest in General Sam's, Inc. Liabilities exceed assets.<br>General Sam's, Inc.<br>124 Main Street<br>Somerset, WI 54025 | C | 0 |
| 14. Interests in partnerships or joint ventures. Itemize. | | 14% membership ownership interest in Somerset Real Estate Partners, LLC. Liabilities exceed assets. | C | 0 |

In re   Danny B. Rorabeck & Kathleen M. Rorabeck                    Case No. _____
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Somerset Real Estate Partners, LLC<br>124 Main Street<br>Somerset, WI 54025 | | |
| | | 50% membership ownership interest in Spartan Auto Center, LLC.  Liabilities exceed assets.  No longer operating.<br>Spartan Auto Center, LLC<br>515 Spring Street<br>Somerset, WI 54025 | C | 0 |
| | | 33% membership ownership interest in JDD Properties, LLC.  Value reflected is debtor's 33% ownership interest.  Liabilities exceed assets.<br>JDD Properties, LLC<br>625 Commerce Drive, Ste 215<br>Hudson, WI 54016 | C | 0 |
| | | 33% membership ownership interest in Apple River Concerts, LLC.  Liabilities exceed assets.<br>Apple River Concerts, LLC<br>124 Spring Street<br>Somerset, WI 54025 | C | 0 |
| | | 50% membership ownership interest in Living Off The Edge, LLC.  Liabilities equal assets.<br>Living Off The Edge, LLC<br>625 Commerce Drive, Ste 215<br>Hudson, WI 54016 | C | 0 |

In re    Danny B. Rorabeck & Kathleen M. Rorabeck                Case No. _____
                        **Debtor**                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 50% membership ownership interest in D & S Investments of New Richmond.  Liabilities exceed assets.<br>D & S Investments of New Richmond<br>1438 County Road G<br>New Richmond, WI 54017 | C | 0 |
| | | 20% membership ownership interest in Sunset Bay Partners, LLC.   Value reflected is debtor's 20% interest in real estate after reducing value by recorded mortgage(s).<br>Sunset Bay Partners, LLC<br>120 W Grand Ave<br>Beloit, WI 53511 | C | 14,700 |
| | | 50% stock ownership interest in ET Development, Inc.  Liabilities equal or exceed assets.<br>ET Development, Inc.<br>1438 County Road G<br>New Richmond, WI 54017 | C | 0 |
| | | 50% membership ownership interest in Dairyland Hunt Club, LLC.  Liabilities exceed assets.<br>Dairyland Hunt Club, LLC<br>625 Commerce Drive, Ste 215<br>Hudson, WI 54016 | C | 0 |
| | | 50% membership ownership interest in Oakley Properties, LLC.  Liabilities equal assets. | C | 0 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

B6B (Official Form 6B) (12/07) -- Cont.

In re   Danny B. Rorabeck & Kathleen M. Rorabeck                    Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Oakley Properties, LLC 1353 Awatukee Trail Hudson, WI 54016 | | |
| | | 100% membership ownership interest in All-In-One Realty, LLC.  Valued based on value of office furniture/equipment. Debtors' possession | C | 500 |
| | | 100% membership ownership interest in Landmarq Hudson, LLC.  (a service business) No assets. Landmarq Hudson, LLC 625 Commerce Drive, Ste 215 Hudson, WI 54016 | C | 0 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | A/R  (Personal loan), probably not collectable as business has more liabilities than assets. General Sam's Inc. 124 Main Street Somerset, WI 54025 | C | 55,000 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re  Danny B. Rorabeck & Kathleen M. Rorabeck      Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Oldsmobile truck, 125k miles, fair condition. Debtors' child's possession. | H | 1,000 |
| | | 2001 Ford pickup truck, 97k miles, fair condition. Debtors' child's possession | H | 2,000 |
| | | 1994 BMW convertible, 90k miles, average condition. Debtors' child's possession | H | 3,500 |
| | | 2002 Chevrolet Suburban, 220k miles, fair condition. Debtors' possession | H | 1,500 |
| | | 2002 Chevrolet Trailblazer, 125k miles, fair condition. Debtors' child's possession | C | 2,500 |
| | | 1999 Mercedes truck, 90k miles, fair condition. Debtors' possession | C | 3,000 |
| | | 1984 Pontiac Fiero, 125k miles, fair condition. Debtors' possession | H | 1,000 |

In re   <u>Danny B. Rorabeck & Kathleen M. Rorabeck</u>      Case No. _____

                         **Debtor**                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | | 1990 Misty Harbor Pontoon, motor and trailer.<br>Debtors' possession | C | 500 |
| | | 1/2 interest in 1996 Nitro bass boat, motor and trailer (value shown is 1/2 interest).<br>Debtors' possession | C | 2,500 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment and supplies.<br>Debtors' possession | C | 2,000 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 1 dog.<br>Debtors' possession | C | 0 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | 2003 Polaris Sportsman 500 ATV<br>Debtors' possession | C | 500 |
| | | HSA<br>Debtors' possession | C | 2,200 |

              <u>   0   </u>    continuation sheets attached     Total     $          122,700

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re   Danny B. Rorabeck & Kathleen M. Rorabeck                    Case No. _____

_____                    _____
                  **Debtor**                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑  11 U.S.C. § 522(b)(2)                    ☐ Check if debtor claims a homestead exemption that exceeds
☐  11 U.S.C. § 522(b)(3)                         $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Checking account ending in 2351. | (Husb)11 U.S.C. 522(d)(5) | 1,000 | 1,000 |
| Checking account ending in 5925. | (Wife)11 U.S.C. 522(d)(5) | 1,000 | 1,000 |
| Living room furniture and furnishings | (Husb)11 U.S.C. 522(d)(3)<br>(Wife)11 U.S.C. 522(d)(3) | 1,250<br>1,250 | 2,500 |
| Bedroom furniture and furnishings | (Husb)11 U.S.C. 522(d)(3)<br>(Wife)11 U.S.C. 522(d)(3) | 1,000<br>1,000 | 2,000 |
| Kitchen appliances, furniture and furnishings | (Husb)11 U.S.C. 522(d)(3)<br>(Wife)11 U.S.C. 522(d)(3) | 1,250<br>1,250 | 2,500 |
| Other appliances and household goods | (Husb)11 U.S.C. 522(d)(3)<br>(Wife)11 U.S.C. 522(d)(3) | 1,500<br>1,500 | 3,000 |
| Tools, lawn and garden equipment | (Husb)11 U.S.C. 522(d)(3)<br>(Wife)11 U.S.C. 522(d)(3) | 500<br>500 | 1,000 |
| Computer equipment | (Husb)11 U.S.C. 522(d)(3)<br>(Wife)11 U.S.C. 522(d)(3) | 250<br>250 | 500 |
| Books | (Husb)11 U.S.C. 522(d)(3)<br>(Wife)11 U.S.C. 522(d)(3) | 250<br>250 | 500 |
| Pictures | (Husb)11 U.S.C. 522(d)(3)<br>(Wife)11 U.S.C. 522(d)(3) | 500<br>500 | 1,000 |
| Wearing apparel | (Husb)11 U.S.C. 522(d)(3)<br>(Wife)11 U.S.C. 522(d)(3) | 1,000<br>1,000 | 2,000 |
| Jewelry | (Husb)11 U.S.C. 522(d)(4)<br>(Wife)11 U.S.C. 522(d)(4) | 500<br>500 | 1,000 |
| Hunting guns. | (Husb)11 U.S.C. 522(d)(3)<br>(Wife)11 U.S.C. 522(d)(3) | 500<br>500 | 1,000 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re   Danny B. Rorabeck & Kathleen M. Rorabeck                     Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Sports equipment | (Husb)11 U.S.C. 522(d)(3)<br>(Wife)11 U.S.C. 522(d)(3) | 600<br>600 | 1,200 |
| Cameras | (Husb)11 U.S.C. 522(d)(3)<br>(Wife)11 U.S.C. 522(d)(3) | 100<br>100 | 200 |
| 403(b) retirement account, not accessible until death, disability or retirement. | (Wife)11 U.S.C. 522(d)(10)(E) | 9,400 | 9,400 |
| 2003 Polaris Sportsman 500 ATV | (Husb)11 U.S.C. 522(d)(5)<br>(Wife)11 U.S.C. 522(d)(5) | 250<br>250 | 500 |
| 1990 Misty Harbor Pontoon, motor and trailer. | (Husb)11 U.S.C. 522(d)(5)<br>(Wife)11 U.S.C. 522(d)(5) | 250<br>250 | 500 |
| 1/2 interest in 1996 Nitro bass boat, motor and trailer (value shown is 1/2 interest). | (Husb)11 U.S.C. 522(d)(5)<br>(Wife)11 U.S.C. 522(d)(5) | 1,250<br>1,250 | 2,500 |
| Office equipment and supplies. | (Husb)11 U.S.C. 522(d)(6)<br>(Wife)11 U.S.C. 522(d)(6) | 1,000<br>1,000 | 2,000 |
| HSA | (Husb)11 U.S.C. 522(d)(5)<br>(Wife)11 U.S.C. 522(d)(5) | 1,100<br>1,100 | 2,200 |
| 20% membership ownership interest in Sunset Bay Partners, LLC.   Value reflected is debtor's 20% interest in real estate after reducing value by recorded mortgage(s). | (Husb)11 U.S.C. 522(d)(5)<br>(Wife)11 U.S.C. 522(d)(5) | 7,350<br>7,350 | 14,700 |
| 1994 BMW convertible, 90k miles, average condition. | (Husb)11 U.S.C. 522(d)(2) | 3,225 | 3,500 |
| 1999 Mercedes truck, 90k miles, fair condition. | (Wife)11 U.S.C. 522(d)(2) | 3,000 | 3,000 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re ___Danny B. Rorabeck & Kathleen M. Rorabeck___,      Case No. _____

       **Debtor**                                                               **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

  List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7014<br><br>USBank<br>Attn: Bankruptcy Dept<br>PO Box 5229<br>Cincinnati, OH 45201 | | C | Incurred: 3/06<br>Lien: Second Mortgage<br>Security: Residence<br>Mortgage recorded in the office of the Register of Deeds for St. Croix Cty, WI on 3/15/06 as Doc. No. 820758.<br><br>VALUE $      550,000 | | | | 188,000 | 188,000 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 7969<br><br>USBank Home Mortgage<br>800 Moreland Street<br>Owensboro, KY 42301 | | C | Incurred: 3/06<br>Lien: First Mortgage<br>Security: Residence.<br>Mortgage recorded in the office of the Register of Deeds for St. Croix Cty, WI on 3/15/06 as Doc. No. 820757.<br><br>VALUE $      550,000 | | | | 718,000 | 168,000 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

  _0_    continuation sheets attached

|  | | Subtotal ▶<br>(Total of this page) | $ 906,000 | $ 356,000 |
|---|---|---|---|---|
|  | | Total ▶<br>(Use only on last page) | $ 906,000 | $ 356,000 |

                                   (Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re  Danny B. Rorabeck & Kathleen M. Rorabeck                    ,          Case No._____
                              Debtor                                                                     (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

**B6E (Official Form 6E) (12/07) - Cont.**

In re_____,    Case No._____

Danny B. Rorabeck & Kathleen M. Rorabeck

             Debtor                                             (if known)

☐  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re <u>Danny B. Rorabeck & Kathleen M. Rorabeck</u>,      Case No. _____

<center>Debtor</center>      <center>(If known)</center>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

<center>(Continuation Sheet)      Sec. 507(a)(8)</center>

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0000 <br><br> Dept of Workforce Development Division of Unemployment Insurance PO Box 7945 Madison, WI 53707-7945 | X | C | Incurred: 6/09 Consideration: Unemployment taxes. Potential personal liability. Spartan Auto Center | | | | 24 | 24 | 0 |
| ACCOUNT NO. 2000 <br><br> Dept of Workforce Development Division of Unemployment Insurance PO Box 8914 Madison, WI 53708 | | C | Incurred: 6/09 Consideration: Additional mailing address for creditor. | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. 4907 <br><br> Wisconsin Dept of Revenue 718 W Clairmont Ave, Ste 107 Eau Claire, WI 54701 | X | C | Incurred: 6/09 Consideration: Sales and use taxes for 2008 concert event. Potential personal liability. Apple River Concerts TW 55-11750464 | | | | 53,199 | 53,199 | 0 |
| ACCOUNT NO. <br><br> Wisconsin Dept of Revenue 718 W Clairmont Ave, Ste 107 Eau Claire, WI 54701 | X | C | Consideration: Wisconsin Sales tax - Potential personal liability. Spartan Auto Center | | | | 30,712 | 30,712 | 0 |

Sheet no. <u>1</u> of <u>2</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 83,935 | $ 83,935 | $ 0 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re ___Danny B. Rorabeck & Kathleen M. Rorabeck_____,      Case No. _____

           **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above..*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4907 <br><br> Wisconsin Dept of Revenue <br> Attn: Special Procedures Unit <br> PO Box 8901 <br> Madison, WI 53708-8901 | X | C | Incurred: 2009 <br> Consideration: Additional mailing address for creditor. | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $         0 | $ | $ |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $   83,935 | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $   83,935 | $   0 |

In re __Danny B. Rorabeck & Kathleen M. Rorabeck__    Case No. _____
     Debtor                 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dwane R. Axtman<br>4747 Geneva Ave North<br>Oakdale, MN 55128 | X | C | Incurred: 12/08<br>Consideration: Personal loan.<br>Co-Debtor: John Montpetit and Spartan Auto Center, LLC | | | | 80,000 |
| ACCOUNT NO.<br><br>61 Marine & Sports<br>11730 Point Douglas Drive<br>Hastings, MN 55033 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>John Montpetit, Terry Montpetit and Apple River Concerts | | | | 40,000 |
| ACCOUNT NO.<br><br>Access Information Systems, Inc.<br>1210 W 96th Street, Ste A<br>Bloomington, MN 55431 | X | C | Incurred: 8/08 -11/08<br>Consideration: Potential personal liability for business debt.<br>Four Seasons Title | | | | 1,659 |
| ACCOUNT NO.<br><br>AEG<br>5750 Wilshire Blvd, Ste 501<br>Los Angeles, CA 90036 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 1,000,000 |

__39__ continuation sheets attached

                        Subtotal ➤ | $ | 1,121,659

                        Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re  Danny B. Rorabeck & Kathleen M. Rorabeck    ,       Case No. _____

**Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2810<br><br>Affiliated Credit Services<br>PO Box 7739<br>Rochester, MN 55901 | X | C | Incurred: 2009<br>Consideration: Collection agent for Blue Cross and Blue Shield of MN.<br>AMO | | | | Notice Only |
| ACCOUNT NO.<br><br>AgStar Financial Services<br>1921 Premier Drive<br>Mankato, MN 56001 | X | C | Incurred: 4/06<br>Consideration: Personal guaranty for purchase of land in Douglas Cty, WI.<br>Co-Debtors: Dairyland Hunt Club, LLC, John and Kelly Montpetit, Steven J. Derrick | | | | 250,000 |
| ACCOUNT NO.<br><br>All-Star<br>858 Hillary Farms Road<br>Hudson, WI 54016 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 8,766 |
| ACCOUNT NO.  9413<br><br>Alliant Law Group, P.C.<br>2860 Zanker Road, Ste 105<br>San Jose, CA 95134 | X | C | Consideration: Collection agent for AT & T.<br>AMO | | | | Notice Only |
| ACCOUNT NO.  0533<br><br>Allied American Credit<br>PO Box 3766<br>Spokane, WA 99220-3766 | X | C | Consideration: Collection agent for Xcel Energy.<br>Spartan Auto Center | | | | Notice Only |

Sheet no.  1   of  39   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $             258,766

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Danny B. Rorabeck & Kathleen M. Rorabeck</u>,     Case No. _____

    **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5601<br><br>Amcore Bank<br>1210 S Alpine Road<br>Rockford, IL 61108 | X | C | Incurred: 2002<br>Consideration: Personal liability for business debt.<br>AMO, Inc. | | | | 173,232 |
| ACCOUNT NO.<br><br>American Supply Group Inc.<br>19360 County Road 81<br>Osseo, MN 55369 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 2,780 |
| ACCOUNT NO. 0609<br><br>AmericInn of New Richmond<br>1020 S Knowles Avenue<br>New Richmond, WI 54017 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 5,586 |
| ACCOUNT NO. 3961<br><br>Ameriprise Bank, FSB<br>834 Ameriprise Financial Center<br>Minneapolis, MN 55474 | | C | Incurred: 1999<br>Consideration: Business loan. | | | | 11,516 |
| ACCOUNT NO. 0002<br><br>Anchor Bank<br>25 West Main Street<br>PO Box 7933<br>Madison, WI 53707 | X | C | Consideration: Personal liability for business debt.<br>Spartan Auto Center, LLC<br>St. Croix Cty, 09 CV 1466 | | | | 405,122 |

Sheet no. <u>2</u> of <u>39</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                           Subtotal ➤   $      598,236

                               Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re  Danny B. Rorabeck & Kathleen M. Rorabeck____,  Case No. _____
      **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4161<br><br>Anchor Bank<br>25 West Main Street<br>PO Box 7933<br>Madison, WI 53707 | | C | Incurred: 6/08<br>Consideration: Business loan.<br>St. Croix Cty, 09 CV 1328 | | | | 44,553 |
| ACCOUNT NO. 4606<br><br>Anchor Bank<br>25 West Main Street<br>PO Box 7933<br>Madison, WI 53707 | | C | Incurred: 2008<br>Consideration: Business loan.<br>St. Croix Cty, 09 CV 1328 | | | | 62,593 |
| ACCOUNT NO. 5961<br><br>Anchor Bank<br>25 West Main Street<br>PO Box 7933<br>Madison, WI 53707-7933 | | C | Consideration: Loan.<br>St. Croix Cty, 09 CV 1328 | | | | 46,683 |
| ACCOUNT NO.<br><br>Anchor Bank<br>365 S Knowles Avenue<br>PO Box 475<br>New Richmond, WI 54017 | X C | | Consideration: Potential personal liability for business debt.<br>Spartan Auto Center<br>St. Croix Cty, 09 CV 1466 | | | | 4,316 |
| ACCOUNT NO. 1652<br><br>Anchor Bank<br>365 S Knowles Avenue<br>PO Box 475<br>New Richmond, WI 54017 | | C | Consideration: Personal loan for business purposes. | | | | 100,000 |

Sheet no. __3__ of __39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 258,145

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re ___Danny B. Rorabeck & Kathleen M. Rorabeck_____,   Case No. _____
            **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4654<br><br>Anchor Bank, fka S & C Bank<br>365 S Knowles Avenue<br>PO Box 475<br>New Richmond, WI 54017 | X | C | Incurred: 1/08<br>Consideration: Business loan.<br>Co-debtors: John Montpetit, Terry Montpetit, Apple River Concerts, LLC<br>St. Croix Cty, 09 CV 1328 | | | | 810,000 |
| ACCOUNT NO. 1052<br><br>Arctic Glacier Inc.<br>1654 Marthaler Lane<br>West St. Paul, MN 55118 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 5,165 |
| ACCOUNT NO. 7955<br><br>Ascensus, Inc.<br>PO Box 36469<br>Newark, NJ 07188-6469 | X | C | Incurred: 2008<br>Consideration: Potential personal liability for business debt.<br>AMO and Four Seasons Title | | | | 1,326 |
| ACCOUNT NO.<br><br>Asphalt Associates, Inc.<br>671 Grupe Street<br>Roberts, WI 54023 | X | C | Incurred: 5/08<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 86,720 |
| ACCOUNT NO.<br><br>AT & T<br>c/o Alliant Law Group, P.C.<br>2860 Zanker Rd, Ste 105<br>San Jose, CA 95134 | X | C | Consideration: Potential personal liability for business debt.<br>AMO | | | | 139 |

Sheet no. __4__ of __39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      903,350

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re ___Danny B. Rorabeck & Kathleen M. Rorabeck_____,     Case No. _____

         **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6767<br><br>AT & T<br>c/o Franklin Collection Service<br>PO Box 2300<br>Tupelo, MS 38803-2300 | X | C | Incurred: 9/08<br>Consideration: Potential personal liability for business debt.<br>AMO | | | | 34 |
| ACCOUNT NO. 0559<br><br>AT & T<br>c/o Franklin Collection Services, Inc.<br>PO Box 3910<br>Tupelo, MS 38803-3910 | X | C | Consideration: Potential personal liability for business debt.<br>Four Seasons Title | | | | 120 |
| ACCOUNT NO. 8298<br><br>AT & T<br>c/o Prince Parker & Associates, Inc.<br>8625 Crown Crescent Ct, PO Box 474960<br>Charlotte, NC 28247-4960 | X | H | Consideration: Potential personal liability for business debt.<br>Four Seasons Title | | | | 184 |
| ACCOUNT NO. 4487<br><br>Auto Owners Insurance<br>PO Box 30315<br>Lansing, MI 48909-7815 | X | C | Incurred: 7/08 - 5/09<br>Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 707 |
| ACCOUNT NO.<br><br>Auto Uplink USA of Minnesota<br>1025 Tomlyn Ave, Ste 400<br>Shoreview, MN 55126 | X | C | Incurred: 5/09 - 6/09<br>Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 337 |

Sheet no. _5__ of _39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                   Subtotal ➤    $        1,382

                       Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re <u>Danny B. Rorabeck & Kathleen M. Rorabeck</u>,      Case No. _____

**Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7183<br><br>Bank of America<br>PO Box 15027<br>Wilmington, DE 19850-5027 | | C | Consideration: Credit card debt | | | | 50,875 |
| ACCOUNT NO. 4569<br><br>Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | | C | Incurred: 2005<br>Consideration: Personal liability for debt secured by business property.<br>Real estate located in New Richmond, St. Croix Cty, WI. | | | | 149,923 |
| ACCOUNT NO. 8142<br><br>Bank of America Home Loans<br>Customer Service<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | | C | Incurred: 2005<br>Consideration: Personal liability for debt secured by business property.<br>Real estate located in LaCrosse, LaCrosse Cty, WI.<br>LaCrosse Cty, 09 CV 1149 | | | | 132,345 |
| ACCOUNT NO.<br><br>Bank VOD<br>PO Box 1136<br>Glenview, IL 60025 | X | C | Incurred: 9/08<br>Consideration: Potential personal liability for business debt.<br>AMO | | | | 62 |
| ACCOUNT NO. RP01<br><br>Bayport Printing House, Inc.<br>102 Central Avenue<br>Bayport, MN 55003 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 427 |

Sheet no. <u>6</u> of <u>39</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   333,632

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re    Danny B. Rorabeck & Kathleen M. Rorabeck            ,        Case No. _____

**Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Beisel & Dunlevy, PA<br>282 US Trust Center<br>730 Second Ave South<br>Minneapolis, MN 55402 | X | C | Incurred: 2008<br>Consideration: Potential personal liability for business debt.<br>Four Seasons Title | | | | 4,017 |
| ACCOUNT NO.   1367<br><br>Bernick's Pepsi-Cola<br>c/o CMCS<br>7400 Lyndale Ave, Ste 160<br>Minneapolis, MN 55423-4055 | X | C | Incurred: 2008-7/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 29,000 |
| ACCOUNT NO.<br><br>Biorn Corp<br>PO Box 464<br>Rockford, MN 55373 | X | C | Incurred: 3/09 - 6/09<br>Consideration: Collection agent for CarSoup.com.<br>Spartan Auto Center | | | | Notice Only |
| ACCOUNT NO.<br><br>Blaschko & Associates<br>1551 Livingston Ave, Ste 103<br>St. Paul, MN 55118 | X | C | Consideration: Attorneys for Kilkenny Court.<br>Co-Debtors: Terry Montpetit, John Montpetit, Apple River Concerts, LLC<br>Washington Cty, MN Jdgmt: 82-CV-09-6011<br>St. Croix Cty, WI Jdgmt: 09 FJ 34 | | | | Notice Only |
| ACCOUNT NO.   1149<br><br>Blommer and Peterman<br>13700 West Greenfield Avenue<br>Brookfield, WI 53005 | | C | Consideration: Attorneys for BAC Home Loans Servicing.<br>LaCrosse Cty, 09 CV 1149 | | | | Notice Only |

Sheet no.  7  of  39  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        33,017

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re __Danny B. Rorabeck & Kathleen M. Rorabeck_____,     Case No. _____
         **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0M04<br><br>Blue Cross and Blue Shield of MN<br>c/o Affiliated Credit Services<br>PO Box 7739<br>Rochester, MN 55901 | X | C | Incurred: 2009<br>Consideration: Employee health insurance premiums.<br>AMO | | | | 2,340 |
| ACCOUNT NO.<br><br>Bridgeman's<br>6201 Brooklyn Blvd<br>Brooklyn Center, MN 55429 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 2,960 |
| ACCOUNT NO. 4280<br><br>BridgeNet Technologies<br>2233 Hamline Ave N, Ste 412<br>St. Paul, MN 55113 | X | C | Incurred: 1/09<br>Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 839 |
| ACCOUNT NO. 1328<br><br>Briggs and Morgan, P.A.<br>2200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402-2157 | | C | Consideration: Attorneys for AnchorBank, fsb.<br>St. Croix Cty, 09 CV 1328  and 09 CV 1466 | | | | Notice Only |
| ACCOUNT NO.<br><br>Buffalo Wild Wings<br>7551 Egan Drive<br>Savage, MN 55378-2201 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 8,090 |

Sheet no. __8__ of __39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 14,229

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re  Danny B. Rorabeck & Kathleen M. Rorabeck ,  Case No. _____
                **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bullseye Financial<br>PO Box 60<br>Monticello, MN 55362 | X | C | Incurred: 2009<br>Consideration: Collection agent for Quinlivan & Hughes, PA<br>Spartan Auto Center | | | | Notice Only |
| ACCOUNT NO.  9655<br><br>Cal Coast Credit Service<br>2906 McBride Lane<br>Santa Rosa, CA 95403 | X | C | Incurred: 5/09<br>Consideration: Collection agent for H.R. Graphics.<br>Spartan Auto Center | | | | Notice Only |
| ACCOUNT NO.<br><br>CarSoup.com<br>1401 American Blvd E, #6<br>Bloomington, MN 55425 | X | C | Incurred: 3/09 - 6/09<br>Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 796 |
| ACCOUNT NO.  5207<br><br>CBC Innovis<br>c/o James Stevens & Daniels<br>1283 College Park Drive<br>Dover, DE 19904-8713 | X | C | Incurred: 2008<br>Consideration: Potential personal liability for business debt.<br>AMO | | | | 1,114 |
| ACCOUNT NO.<br><br>CBS Outdoor<br>PO Box 33074<br>Newark, NJ 07188-0074 | X | C | Incurred: 3/09 - 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 14,485 |

Sheet no. 9 of 39 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                  Subtotal ➤ | $ 16,395

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re ___Danny B. Rorabeck & Kathleen M. Rorabeck_____ ,     Case No. _____
                     **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4825<br><br>Chase<br>PO Box 15298<br>Wilmington, DE 19850 | | C | Incurred: 7/06<br>Consideration: Credit card debt | | | | 738 |
| ACCOUNT NO.  4383<br><br>CIT Technology Financing<br>c/o Dynamic Recovery Services<br>4101 McEwen, Ste 150<br>Farmers Branch, TX 75244 | X | C | Incurred: 2005<br>Consideration: Potential personal liability for business debt.<br>Four Seasons Title | | | | 16,049 |
| ACCOUNT NO.  0504<br><br>CitiFinancial - Hom Furniture<br>PO Box 22065<br>Tempe, AZ 85285 | | C | Incurred: 11/06<br>Consideration: Miscellaneous purchases. | | | | 190 |
| ACCOUNT NO.  4867<br><br>Citizens State Bank<br>321 Briggs Ave, Ste 1<br>PO Box 128<br>Park River, ND 58270 | | C | Incurred: 2006<br>Consideration: Business loan.<br>St. Croix Cty, 09 CV 1181 | | | | 144,550 |
| ACCOUNT NO.  3564<br><br>Citizens State Bank<br>375 Stageline Road<br>PO Box 247<br>Hudson, WI 54016 | X | C | Incurred: 2005<br>Consideration: Potential personal liability for business debt.<br>AMO | | | | 13,000 |

Sheet no. __10__ of __39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $    174,527

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Danny B. Rorabeck & Kathleen M. Rorabeck        ,      Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3565<br><br>Citizens State Bank<br>375 Stageline Road<br>PO Box 247<br>Hudson, WI 54016 | X | C | Consideration: Potential personal liability for business debt.<br>AMO | | | | 61,938 |
| ACCOUNT NO.<br><br>Citizens State Bank<br>375 Stageline Road<br>PO Box 247<br>Hudson, WI 54016 | X | C | Incurred: 10/08<br>Consideration: Potential personal liability for business debt.<br>Business loan secured by bldg and equipment of business, General Sam's.<br>Co-Debtors: Somerset Real Estate Partners, LLC; General Sam's, Inc.; and individual partners in these businesses. | | | | 712,000 |
| ACCOUNT NO.<br><br>Doug and Roxan Clausen<br>627 Lakeview Court<br>Wisconsin Dells, WI 53965 | X | C | Incurred: 3/09<br>Consideration: Personal loan.<br>Co-Debtors: John Montpetit, Terry Montpetit, Apple River Concerts | | | | 100,000 |
| ACCOUNT NO.  17-2<br><br>Clear Wing Productions, Inc.<br>11101 W Mitchell Street<br>West Allis, WI 53214 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 28,662 |
| ACCOUNT NO.  4928<br><br>CMCS<br>7400 Lyndale Ave, Ste 160<br>Minneapolis, MN 55423-4055 | X | C | Incurred: 2008-7/09<br>Consideration: Collection agent for Bernick's Pepsi-Cola.<br>Apple River Concerts | | | | Notice Only |

Sheet no.  11  of  39  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        902,600

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re <u>Danny B. Rorabeck & Kathleen M. Rorabeck</u>,          Case No. _____

**Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Commercial Collection Corp<br>PO Box 288<br>Tonawanda, NY 14150-0288 | X | C | Incurred: 2008<br>Consideration: Collection agent for Ascensus, Inc..<br>AMO and Four Seasons Title | | | | Notice Only |
| ACCOUNT NO.<br><br>Commercial Recovery Corp<br>9298 Central Ave NE, #310<br>Minneapolis, MN 55434 | X | C | Incurred: 4/09 - 6/09<br>Consideration: Collection agent for Vision One, Inc.<br>Apple River Concerts | | | | Notice Only |
| ACCOUNT NO.  9708<br><br>Credit Mediators, Inc.<br>PO Box 456<br>Upper Darby, PA 19082 | X | C | Incurred: 2007<br>Consideration: Collection agent for Myers Internet.<br>AMO | | | | Notice Only |
| ACCOUNT NO.  0663<br><br>Credit Service International<br>516 Second Street, Ste 210<br>Hudson, WI 54016-2502 | X | C | Consideration: Collection agent for Rivertown Newspaper Group.<br>Spartan Auto Center | | | | Notice Only |
| ACCOUNT NO.  748A<br><br>Credit Service International<br>516 Second Street, Ste 210<br>Hudson, WI 54016-2502 | X | C | Consideration: Collection agent for WXCE - WLMX.<br>Spartan Auto Center | | | | Notice Only |

Sheet no. <u>12</u> of <u>39</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $          0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re  Danny B. Rorabeck & Kathleen M. Rorabeck  ,        Case No. _____
          **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dealer Track<br>PO Box 6129<br>New York, NY 10249-6129 | X | C | Incurred: 8/09<br>Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 441 |
| ACCOUNT NO.<br><br>Steven Derrick<br>1438 County Road G<br>New Richmond, WI 54017 | | C | Incurred: 7/08<br>Consideration: Personal loan.<br>St. Croix Cty, 09 CV 1103 | | | | 10,300 |
| ACCOUNT NO.<br><br>Steven Derrick<br>1438 County Road G<br>New Richmond, WI 54017 | | C | Incurred: 6/09<br>Consideration: Personal loan.<br>St. Croix Cty, 09 CV 1103 | | | | 17,714 |
| ACCOUNT NO.<br><br>Steven Derrick<br>1438 County Road G<br>New Richmond, WI 54017 | X | C | Incurred: 6/09<br>Consideration: Personal loan.<br>Co-Debtors: John Montpetit, Terry Montpetit, Apple River Concerts<br>St. Croix Cty, 09 CV 1103 | | | | 30,782 |
| ACCOUNT NO.<br><br>Donielle Courey (Pocket Sandwiches)<br>1023 E County Road C<br>Maplewood, MN 55109 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 827 |

Sheet no. 13 of 39 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    60,064

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re __Danny B. Rorabeck & Kathleen M. Rorabeck_____,     Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5555<br><br>Dynamic Recovery Services<br>4101 McEwen, Ste 150<br>Farmers Branch, TX 75244 | X | C | Incurred: 2005<br>Consideration: Collection agent for CIT Technology Financing.<br>Four Seasons Title | | | | Notice Only |
| ACCOUNT NO.<br><br>Dynamic Recovery Services<br>4101 McEwen, Ste 150<br>Farmers Branch, TX 75244 | X | C | Incurred: 2004<br>Consideration: Collection agent for Ricoh-CIT Technology Financing<br>Four Seasons Title | | | | Notice Only |
| ACCOUNT NO.<br><br>Enterprise Rent-A-Car<br>2101 Coulee Road<br>Hudson, WI 54016 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 5,320 |
| ACCOUNT NO. 7949<br><br>Estreen & Ogland<br>304 Locust Street<br>Hudson, WI 54016 | X | C | Incurred: 8/09<br>Consideration: Legal services.<br>Apple River Concerts | | | | 1,074 |
| ACCOUNT NO. 1103<br><br>Estreen & Ogland<br>304 Locust Street<br>Hudson, WI 54016 | | C | Consideration: Attorneys for Steven Derrick.<br>St. Croix Cty, 09 CV 1103 | | | | Notice Only |

Sheet no. __14__ of __39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ ____6,394____

Total ➤ $ _____

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re ___Danny B. Rorabeck & Kathleen M. Rorabeck___,  Case No. _____
                 **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Eyes of the World Promotions, LLC<br>Attn: General Counsel<br>126 N 3rd Street, Ste 150<br>Minneapolis, MN 55401 | X | C | Incurred: 10/08<br>Consideration: Potential personal liability for business debt.<br>Co-Debtors: Apple River Concerts, LLC; TAC Music, LLC; TCADM, LLC | | | | 250,000 |
| ACCOUNT NO.<br><br>Falcon Appraisal Services<br>PO Box 211<br>River Falls, WI 54022 | X | C | Incurred: 2008<br>Consideration: Potential personal liability for business debt.<br>AMO | | | X | 400 |
| ACCOUNT NO. 1123<br><br>Fannie Mae<br>PO Box 403207<br>College Park, GA 30349 | X | C | Incurred: 2/09 - 3/09<br>Consideration: Potential personal liability for business debt.<br>AMO | | | | 390 |
| ACCOUNT NO. 2988<br><br>First Horizon Home Loans<br>4000 Horizon Way, Ste 100<br>Irving, TX 75063 | | C | Incurred: 5/07<br>Consideration: Personal liability for purchase of rental property located at 490 Forrest Drive, Somerset, WI 54025.<br>Value of rental property: $220,000<br>St. Croix Cty, 09 CV 1008 | | | | 236,343 |
| ACCOUNT NO. 9565<br><br>First Horizon Home Loans<br>4000 Horizon Way, Ste 100<br>Irving, TX 75063 | | C | Incurred: 2006<br>Consideration: Personal liability for purchase of property at 221 W Birch Street, St. Joseph, MN 56374.<br>value of property: $135,000 | | | | 135,000 |

Sheet no. __15__ of __39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $     622,133

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re  Danny B. Rorabeck & Kathleen M. Rorabeck        ,        Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2093<br><br>First National Bank & Trust<br>345 East Grand Avenue<br>PO Box 818<br>Beloit, WI 53511 | X | C | Incurred: 6/06<br>Consideration: Personal liability on loan secured by property of JDD Properties, LLC<br>Co-Debtors: JDD Properties, LLC, Dave Rorabeck, John Sorenson | | | | 369,000 |
| ACCOUNT NO.  8969<br><br>First National Bank & Trust<br>345 Grand Avenue<br>PO Box 818<br>Beloit, WI 53511 | X | C | Incurred: 2005<br>Consideration: Personal liability of loan secured by property of Sunset Bay Partners, LLP<br>Co-Debtors: Sunset Bay Partners, LLP, Dave Rorabeck, Mike Rorabeck, Susan Madden, Vicki Kruse | | | | 253,000 |
| ACCOUNT NO.<br><br>First National Bank & Trust<br>345 Grand Avenue<br>PO Box 818<br>Beloit, WI 53511 | X | C | Incurred: 2005<br>Consideration: Personal liability for loan secured by property of Sunset Bay Partners, LLP<br>Co-Debtors: Dave Rorabeck, Mike, Rorabeck, Susan Madden, Vicki Kruse, Sunset Bay Partners, LLP | | | | 25,000 |
| ACCOUNT NO.<br><br>Fish Window Cleaning<br>2645 Harlem Street, Ste 1M<br>Eau Claire, WI 54701 | X | C | Incurred: 4/09<br>Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 15 |
| ACCOUNT NO.  9492<br><br>Franklin Collection Services<br>PO Box 2300<br>Tupelo, MS 38803-2300 | X | C | Incurred: 9/08<br>Consideration: Collection agent for AT & T. AMO | | | | Notice Only |

Sheet no.  16  of  39  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 647,015

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re ___Danny B. Rorabeck & Kathleen M. Rorabeck_____,       Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7626 <br><br> Franklin Collection Services, Inc. <br> PO Box 3910 <br> Tupelo, MS 38803-3910 | X | C | Consideration: Collection agent for AT & T. <br> Four Seasons Title | | | | Notice Only |
| ACCOUNT NO. <br><br> Gray and Associates <br> 16345 West Glendale Drive <br> New Berlin, WI 53151 | | C | Consideration: Collection agent for First Horizon Home Loans. <br> Rental property located at 490 Forrest Drive, Somerset, WI 54025 <br> St. Croix Cty, 09 CV 1008 | | | | Notice Only |
| ACCOUNT NO. 4760 <br><br> Great Lakes Educational Loan Services <br> Claims Filing Unit <br> PO Box 8973 <br> Madison, WI 53708-8973 | | C | Consideration: Parents' Student Loan for child. | | | | 12,500 |
| ACCOUNT NO. 1292 <br><br> H.R. Graphics <br> 16750 Park Circle <br> Chagrin Falls, OH 44023 | X | C | Incurred: 5/09 <br> Consideration: Potential personal liability for business debt <br> Spartan Auto Center | | | | 555 |
| ACCOUNT NO. <br><br> Kevin Hanover <br> 999 NE Highway 10 <br> Spring Lake Park, MN 55432-1208 | | C | Incurred: 6/09 <br> Consideration: Personal loan. <br> business purposes - Apple River Concerts | | | | 77,000 |

Sheet no. __17__ of __39__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $     90,055

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Danny B. Rorabeck & Kathleen M. Rorabeck</u>,      Case No. _____

      **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3367<br><br>Henkel Auto Parts, LLC<br>c/o NAPA Auto Parts<br>3114 Lexington Ave N<br>Roseville, MN 55113 | X | C | Incurred: 12/07 - 4/08<br>Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 95 |
| ACCOUNT NO. 4867<br><br>Heywood, Cari and Anderson, S.C.<br>816 Dominium Drive, #100<br>Hudson, WI 54016 | | C | Consideration: Collection agent for Citizens State Bank, Park River, ND.<br>St. Croix Cty, 09 CV 1181 | | | | Notice Only |
| ACCOUNT NO.<br><br>Hotel Furniture Liquidators<br>1120 Concord St N<br>South St. Paul, MN 55075 | X | C | Incurred: 6/09<br>Consideration: Furniture purchase. Potential personal liability for business debt.<br>Apple River Concerts | | | | 2,899 |
| ACCOUNT NO.<br><br>Huebsch<br>3605 White Ave<br>PO Box 904<br>Eau Claire, WI 54702 | X | C | Incurred: 2/09 - 4/09<br>Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 417 |
| ACCOUNT NO.<br><br>Hunter Engineering Service<br>N6967 County Road X<br>Arkansaw, WI 54721 | X | C | Incurred: 8/08 - 12/08<br>Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 392 |

Sheet no. <u>18</u> of <u>39</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $        3,803

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re  Danny B. Rorabeck & Kathleen M. Rorabeck                ,        Case No. _____
                                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6979<br><br>Innovative Merchant Solutions<br>21215 Burbank Blvd, Ste 100<br>Woodland Hills, CA 91367 | X | C | Incurred: 5/09<br>Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 112 |
| ACCOUNT NO.<br><br>Innovision Media Group<br>3301 East Hill St, Ste 401<br>Signal Hill, CA 90755 | X | C | Incurred: 7/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 18,086 |
| ACCOUNT NO.  9683<br><br>IP House<br>c/o Professional Recovery Personnel<br>7040 Lakeland Ave N, ste 200<br>Minneapolis, MN 55428 | X | C | Incurred: 2008<br>Consideration: Potential personal liaiblity for business debt.<br>AMO | | | | 180 |
| ACCOUNT NO.<br><br>J & J Termperature Control Storage, Inc.<br>910 1st Street<br>Newport, MN 55055 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 565 |
| ACCOUNT NO.  5207<br><br>James, Stevens & Daniels<br>1283 College Park Drive<br>Dover, DE 19904-8713 | X | C | Incurred: 2008<br>Consideration: Collection agent for CBC Innovis.<br>AMO | | | | Notice Only |

Sheet no.  19  of  39  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        18,943

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re <u>Danny B. Rorabeck & Kathleen M. Rorabeck</u>,           Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JEV Marketing Inc.<br>2880 Temple Dr, Ste 200<br>Windsor, Ontario N8W 5J5<br>CANADA | X | C | Incurred: 11/08 - 5/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 4,374 |
| ACCOUNT NO.<br><br>Jon R. Hawks Ltd<br>4530 Blaisdell Ave S<br>Minneapolis, MN 55419 | X | C | Incurred: 2008<br>Consideration: Collection agent for Access Information Systems, Inc.<br>Four Seasons Title | | | | Notice Only |
| ACCOUNT NO.<br><br>Kennedy Concessions<br>9312 325th Street Way<br>Cannon Falls, MN 55009 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 13,897 |
| ACCOUNT NO. 3905<br><br>Kent Automotive<br>2689 Paysphere Circle<br>Chicago, IL 60674 | X | C | Incurred: 1/09<br>Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 166 |
| ACCOUNT NO. 32<br><br>KGPZ-FM<br>PO Box 447<br>Grand Rapids, MN 55744 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 319 |

Sheet no. <u>20</u> of <u>39</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $     18,756

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re  Danny B. Rorabeck & Kathleen M. Rorabeck          ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kilkenny Court<br>c/o Lee Bakewell<br>7440 217th Street North<br>Forest Lake, MN 55025 | X | C | Consideration: Personal liability for business debt.<br>Co-Debtors: Terry Montpetit, John Montpetit, Apple River Concerts<br>St. Croix Cty Jdgmt, 09 FJ 34<br>Washington Cty, MN Jdgmt: 82-CV-09-6011 | | | | 405,000 |
| ACCOUNT NO.  0712<br><br>King Country 106.3<br>PO Box 190<br>Shell Lake, WI 54871 | X | C | Incurred: 4/09 - 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 639 |
| ACCOUNT NO.<br><br>KMSP Television<br>c/o Szabo & Assoc Inc.<br>3355 Lenox Rd NE, 9th Floor<br>Atlanta, GA 30326-1332 | X | C | Incurred: 5/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 10,935 |
| ACCOUNT NO.<br><br>Kramer Family Limited Partnership #1<br>3100 Irving Ave South<br>Minneapolis, MN 55408 | X | C | Incurred: 5/08<br>Consideration: Personal liability for business debt.<br>Co-Debtors: John Montpetit, Spartan Auto Center, LLC | | | | 42,000 |
| ACCOUNT NO.<br><br>Kramer Family Limited Partnership #1<br>3100 Irving Ave South<br>Minneapolis, MN 55408-2515 | X | C | Consideration: Potential personal liability for business debt.<br>Spartan Auto Center- lease facilities | | | | 21,808 |

Sheet no. 21 of 39 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 480,382

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re <u>Danny B. Rorabeck & Kathleen M. Rorabeck</u>,          Case No. _____
       **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 37/L<br><br>KVLY TV<br>PO Box 1878<br>Fargo, ND 58107 | X | C | Incurred: 5/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 810 |
| ACCOUNT NO.<br><br>KXJB Television<br>c/o Szabo & Assoc Inc.<br>3355 Lenox Rd NE, 9th Floor<br>Atlanta, GA 30326-1332 | X | C | Incurred: 5/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 390 |
| ACCOUNT NO. 0201<br><br>Laird Broadcasting - WDUX<br>PO Box 247<br>Waupaca, WI 54981-0247 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 10 |
| ACCOUNT NO. LASH<br><br>Leader Printing<br>PO Box 570<br>Eau Claire, WI 54702-0570 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 11,428 |
| ACCOUNT NO.<br><br>Lou-Pat Corp<br>396 21st<br>Newport, MN 55055 | X | C | Incurred: 2/09<br>Consideration: Personal loan for business purposes.<br>Apple River Concerts | | | | 145,000 |

Sheet no. <u>22</u> of <u>39</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 157,638

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re ___Danny B. Rorabeck & Kathleen M. Rorabeck_____,   Case No. _____

**Debtor**   (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7305<br><br>LTD Financial Services<br>7322 Southwest Freeway, Suite 1600<br>Houston TX 77074-2000 | X | C | Incurred: 2008<br>Consideration: Collection agent for Pitney Bowes.<br>Four Seasons Title | | | | Notice Only |
| ACCOUNT NO. -SJO<br><br>Lynn, Jackson, Schultz & Lebrun<br>PO Box 8250<br>Rapid City, SD 57709-8250 | X | C | Incurred: 2008<br>Consideration: Attorney fees for business<br>AMO | | | | 1,598 |
| ACCOUNT NO.<br><br>M & M Enterprises<br>1735 60th Street<br>Inver Grove Heights, MN 55077 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 21,782 |
| ACCOUNT NO.<br><br>Michael Blue Productions LLC<br>PO Box 128<br>Somerset, WI 54025 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 13,600 |
| ACCOUNT NO. 0370<br><br>Midway Party Rental Inc.<br>2110 Gilbert<br>St. Paul, MN 55104 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 17,405 |

Sheet no. __23__ of __39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      54,385

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re  Danny B. Rorabeck & Kathleen M. Rorabeck          ,     Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5902<br><br>Midwest Natural Gas<br>611 Shay Street<br>Somerset, WI 54025 | X | C | Incurred: 2009<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 70 |
| ACCOUNT NO. 4303<br><br>Midwest Natural Gas Inc.<br>611 Shay Street<br>Somerset, WI 54025 | X | C | Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 2,876 |
| ACCOUNT NO.<br><br>Miller Davis Company<br>310 Fourth Ave S, Ste 1100<br>Minneapolis, MN 55415 | X | C | Incurred: 9/08<br>Consideration: Potential personal liability for business debt.<br>Four Seasons Title | | | | 119 |
| ACCOUNT NO.<br><br>Alexander and Zinaida Minich<br>2150 Arcade Street<br>Maplewood, MN 55109 | X | C | Incurred: 7/08<br>Consideration: Personal loan for business purposes.<br>Co-Debtors: John Montpetit, Terry Montpetit and Apple River Concerts | | | | 200,000 |
| ACCOUNT NO. 2233<br><br>Minnesota Twins<br>60 South 6th Street<br>Minneapolis, MN 55402 | X | C | Incurred: 5/09<br>Consideration: Potential personal liabillity for business debt.<br>Apple River Concerts | | | | 5,660 |

Sheet no. 24 of 39 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  208,725

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re ___Danny B. Rorabeck & Kathleen M. Rorabeck_____,     Case No. _____

          **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1361 <br><br> MinnWest Bank Metro <br> 1150 Yankee Doodle Road <br> Eagan, MN 55121 | X | C | Incurred: 6/08 <br> Consideration: Potential personal liability for business debt. <br> Somerset Real Estate Partners | | | | 50,000 |
| ACCOUNT NO. <br><br> Joel Montpetit <br> 222 Grand Ave W, Ste 100 <br> South St. Paul, MN 55075-1139 | X | C | Consideration: Potential personal liability for business debt. <br> Apple River Concerts | | | | 0 |
| ACCOUNT NO. <br><br> Montpetit, Freiling & Kranz <br> 222 Grand Ave W, Ste 100 <br> South St. Paul, MN 55075-1139 | X | C | Incurred: 2/09 - 9/09 <br> Consideration: Potential personal liability for business debt. <br> Apple River Concerts | | | | 4,843 |
| ACCOUNT NO. 9708 <br><br> Myers Internet <br> c/o Credit Mediators, Inc. <br> PO Box 456 <br> Upper Darby, PA 19082 | X | C | Incurred: 2007 <br> Consideration: Potential personal liability for business debt. <br> AMO | | | | 558 |
| ACCOUNT NO. 8333 <br><br> Northern States Power Co <br> PO Box 8 <br> Eau Claire, WI 54702-0008 | X | C | Incurred: 6/09 - 10/09 <br> Consideration: Potential personal liabilty for business debt. <br> Apple River Concerts | | | | 175 |

Sheet no. __25__ of __39__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $     55,576

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re ___Danny B. Rorabeck & Kathleen M. Rorabeck___ ,     Case No. _____

<div align="center">

**Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

</div>

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Northgoods.com<br>103 East Wisconsin Ave<br>Tomahawk, WI 54487-1471 | X | C | Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 120 |
| ACCOUNT NO. 9508<br><br>Northwest Communications<br>120 Birch Street West<br>Amery, Wi 54001 | X | C | Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 504 |
| ACCOUNT NO. 0443<br><br>Northwest Communications<br>Somerset Telephone Co.<br>120 Birch Street<br>Amery, WI 54001 | X | C | Incurred: 2008<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 2,293 |
| ACCOUNT NO.<br><br>O'Neill & Murphy, LLP<br>1st Nat'l Bank Bldg, #W2600<br>332 Minnesota Street<br>St. Paul, MN 55101 | X | C | Incurred: 2009<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts, John Montpetit and Terry Montpetit | | | | Notice Only |
| ACCOUNT NO. 3126<br><br>Office Depot<br>c/o Vengroff Williams & Associates<br>PO Box 4155<br>Sarasota, FL 34230 | X | C | Incurred: 9/08<br>Consideration: Potential personal liability for business debt.<br>Four Seasons Title | | | | 355 |

Sheet no. __26__ of __39__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  3,272

Total ➤  $

<div align="center">

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

</div>

In re  Danny B. Rorabeck & Kathleen M. Rorabeck          ,          Case No. _____
          **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Paradise Artists, Inc./Bobby Lee<br>PO Box 1821<br>Ojai, CA 93024 | X | C | Incurred: 12/08<br>Consideration: Business Services<br>Apple River Concerts | | | | 52,500 |
| ACCOUNT NO.  8304<br><br>PDC Pages<br>135 South Mountain Way<br>Orem, UT 84058 | X | C | Incurred: 12/08<br>Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 600 |
| ACCOUNT NO.  8304<br><br>Phone Directories Co<br>3 Golf Road, Ste 352<br>Hoffman Estates, IL 60169 | X | C | Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 821 |
| ACCOUNT NO.  2861<br><br>Pitney Bowes<br>2225 American Drive<br>Neenah, WI 54958 | X | C | Incurred: 2008-2009<br>Consideration: Potential personal liability for business debt.<br>AMO | | | | 209 |
| ACCOUNT NO.  3001<br><br>Pitney Bowes<br>c/o LTD Financial Services<br>7322 Southwest Fwy, Ste 1600<br>Houston, TX 77074 | X | C | Incurred: 9/08<br>Consideration: Potential personal liability for business debt.<br>Four Seasons Title | | | | 224 |

Sheet no. 27 of 39 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $      54,354

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Danny B. Rorabeck & Kathleen M. Rorabeck         ,     Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pizza on Wheels<br>525 E Park Ave<br>Tomahawk, WI 54487 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 5,843 |
| ACCOUNT NO.<br><br>Platinum Bank<br>7667 10th Street North<br>Oakdale, MN 55128 | X | C | Incurred: 3/08 - 10/09<br>Consideration: Personal liability for business debt, secured by property owned by John Montpetit.<br>Co-Debtors: John Montpetit, Somerset Real Estate Partners, LLC | | | | 288,888 |
| ACCOUNT NO.  3410<br><br>Powers Liquid Waste Management<br>2084 Asplund Rd<br>New Richmond, WI 54017 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 16,000 |
| ACCOUNT NO.  3109<br><br>Powers Liquid Waste Management<br>2084 Asplund Road<br>New Richmond, WI 54017 | X | C | Incurred: 2/09 - 4/09<br>Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 361 |
| ACCOUNT NO.<br><br>Powertex Group<br>5651 Highway 93<br>Eau Claire, WI 54701 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 18,460 |

Sheet no.  28  of  39  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $     329,552

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Danny B. Rorabeck & Kathleen M. Rorabeck</u> ,      Case No. <u>                  </u>

         **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. P004<br><br>Praxair Distribution Inc<br>2000 Highway 65 N<br>New Richmond, WI 54017 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 578 |
| ACCOUNT NO. 1581<br><br>Praxair Distribution Inc<br>Dept CH 10660<br>Palatine, IL 60055-0660 | X | C | Incurred: 6/09 - 7/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 178 |
| ACCOUNT NO. 2426<br><br>Prince Parker & Assoc<br>8625 Crown Crescent Court<br>PO Box 474690<br>Charlotte, NC 28247 | X | C | Consideration: Collection agent for AT & T.<br>Four Seasons Title | | | | Notice Only |
| ACCOUNT NO.<br><br>Prince Parker & Associates, Inc.<br>8625 Corwn Crescent Court<br>PO Box 474960<br>Charlotte, NC 28247-4960 | X | C | Consideration: Collection agent for AT & T.<br>Four Seasons Title | | | | Notice Only |
| ACCOUNT NO. 9683<br><br>Professional Recovery Personnel<br>7040 Lakeland Ave N, Ste 200<br>Minneapolis, MN55428 | X | C | Incurred: 2008<br>Consideration: Collection agent for IP House.<br>AMO | | | | Notice Only |

Sheet no. <u>29</u> of <u>39</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $      756

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re ___Danny B. Rorabeck & Kathleen M. Rorabeck___,      Case No. _____

**Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mark Putz<br>PO Box 33<br>Somerset, WI 54025 | X | C | Incurred: 6/08 - 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 18,500 |
| ACCOUNT NO. 5811<br><br>Quinlivan & Hughes, PA<br>PO Box 1008<br>St. Cloud, MN 56302 | X | C | Incurred: 6/07<br>Consideration: Attorney fees for Spartan Auto Center, LLC<br>Spartan Auto Center | | | | 1,868 |
| ACCOUNT NO. 5920<br><br>Quinlivan & Hughes, PA<br>PO Box 1008<br>St. Cloud, MN 56302 | | C | Incurred: 6/07<br>Consideration: Attorney fees for Prodigy Title, LLC (business never opened) | | | | 8,376 |
| ACCOUNT NO. 6076<br><br>Radio Fargo-Moorhead<br>PO Box 10097<br>Fargo, ND 58106-0097 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 608 |
| ACCOUNT NO.<br><br>Rice County Abstract and Title<br>306 NW 1st Ave<br>PO Box 97<br>Faribault, MN 55021 | X | C | Incurred: 9/08<br>Consideration: Potential personal liability for business debt.<br>Four Seasons Title | | | | 220 |

Sheet no. __30__ of __39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    29,572

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re <u>Danny B. Rorabeck & Kathleen M. Rorabeck</u>,     Case No. _____

       **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ricoh Customer Finance Corp<br>One Deerwood<br>10201 Centurion Pkwy N, Ste 100<br>Jacksonville, FL 32256 | X | C | Consideration: Additional mailing address for creditor.<br>AMO | | | | Notice Only |
| ACCOUNT NO.  -000<br><br>Ricoh Customer Finance Corp<br>PO Box 550599<br>Jacksonville, FL 32255-0599 | X | C | Incurred: 9/06<br>Consideration: Potential personal liability for business debt.<br>AMO | | | | 12,000 |
| ACCOUNT NO.  3000<br><br>Ricoh-CIT Technology Financing<br>c/o Dynamic Recovery Services<br>4101 McEwen, Ste 150<br>Farmers Branch, TX 75244 | X | C | Incurred: 2004<br>Consideration: Potential personal liability for business debt.<br>Four Seasons Title | | | | 3,655 |
| ACCOUNT NO.<br><br>River Valley Inn & Suites<br>1030 N Cascade Street<br>PO Box 508<br>Osceola, WI 54020 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debts.<br>Apple River Concerts | | | | 910 |
| ACCOUNT NO.  8078<br><br>Rivertown Newspaper Group<br>PO Box 15<br>Red Wing, MN 55066 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 1,750 |

Sheet no. <u>31</u> of <u>39</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal ➤   $      18,315

                                          Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re  Danny B. Rorabeck & Kathleen M. Rorabeck               ,        Case No. _____
                                    **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0663<br><br>Rivertown Newspaper Group<br>PO Box 15<br>Red Wing, MN 55066 | X | C | Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 1,014 |
| ACCOUNT NO.  4042<br><br>Riverwalk Holdings Ltd for USBank<br>c/o Haster Law Office, PA<br>6640 Shady Oak Road, Ste 340<br>Eden Prairie, MN 55344 | X | C | Incurred: 2007-2/09<br>Consideration: Potential personal liability for business debt.<br>AMO | | | | 29,473 |
| ACCOUNT NO.  0-BP<br><br>RMS<br>PO Box 523<br>Richfield, OH 44286 | X | C | Incurred: 2008<br>Consideration: Collection agent for Staples, Inc.<br>AMO | | | | Notice Only |
| ACCOUNT NO.  0-BP<br><br>RMS<br>PO Box 5471<br>Mt Laurel, NJ 08054 | X | C | Incurred: 2008<br>Consideration: Additional mailing address for creditor.<br>AMO | | | | Notice Only |
| ACCOUNT NO.  3261<br><br>Royal Tire Inc<br>PO Bxo 1450<br>Minneapolis, MN 55485 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 161 |

Sheet no.  32  of  39  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $         30,648

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re  Danny B. Rorabeck & Kathleen M. Rorabeck_____,     Case No. _____
_____
     **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0506 <br><br> Satellite Shelters <br> 20050 75th Ave N <br> Hamel, MN 55340 | X | C | Incurred: 6/09 <br> Consideration: Potential personal liability for business debts. <br> Apple River Concerts | | | | 212 |
| ACCOUNT NO.  RAUT <br><br> Security Insurance & Financial Services <br> PO Box 510925 <br> New Berlin, WI 53151-0925 | X | C | Incurred: 7/09 <br> Consideration: Potential personal liability for business debt. <br> Spartan Auto Center | | | | 511 |
| ACCOUNT NO. <br><br> Security Specialists <br> 1867 County Road C <br> Somerset, WI 54025 | X | C | Incurred: 6/09 <br> Consideration: Potential personal liability for business debt. <br> Apple River Concerts | | | | 28,000 |
| ACCOUNT NO.  1064 <br><br> Spee-Dee Delivery Services <br> PO Box 1417 <br> St. Cloud, MN 56302-1417 | X | C | Incurred: 7/09 <br> Consideration: Potential personal liability for business debt. <br> Apple River Concerts | | | | 65 |
| ACCOUNT NO.  0-BP <br><br> Staples, Inc. <br> c/o RMS <br> PO Box 523 <br> Richfield, OH 44286 | X | C | Incurred: 2008 <br> Consideration: Personal liability for business debt. <br> AMO | | | | 177 |

Sheet no. __33__ of __39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        28,965

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re <u>Danny B. Rorabeck & Kathleen M. Rorabeck</u>,      Case No. _____
            **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4219<br><br>State Bank Financial<br>401 Main Street<br>LaCrosse, WI 54601-0159 | X | C | Incurred: 8/07<br>Consideration: Potential personal liability for loan secured by property owned by D & J, LLC<br>Co-Debtors: John Montpetit and D & J, LLC | | | | 450,000 |
| ACCOUNT NO. 0247<br><br>State Bank Financial<br>401 Main Street<br>LaCrosse, WI 54602 | X | C | Incurred: 4/08<br>Consideration: Potential personal liability for loan secured by property owned by Oakley Properties, LLC<br>Co-Debtors: Richard and Janet Stout, Oakley Properties, LLC | | | | 1,900,000 |
| ACCOUNT NO.<br><br>Stoll-Chasers Grill N Chill<br>33377 Vics Beach Road<br>Dent, MN 56528 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 6,835 |
| ACCOUNT NO.<br><br>Richard O. Stout<br>1353 Awatukee Trail<br>Hudson, WI 54016 | | C | Incurred: 5/07<br>Consideration: Personal loan. | | | | 259,000 |
| ACCOUNT NO.<br><br>Stuart Krueger<br>Rodli, Beskar, Boles & Krueger<br>PO Box 138<br>River Falls, WI 54022 | X | C | Consideration: Collection agent for Asphalt Associates Inc.<br>Apple River Concerts | | | | Notice Only |

Sheet no. <u>34</u> of <u>39</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     2,615,835

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re <u>Danny B. Rorabeck & Kathleen M. Rorabeck</u>,                    Case No. <u>_____</u>

                    **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2464<br><br>Szabo & Assoc Inc.<br>3355 Lenox Rd NE, 9th Floor<br>Atlanta, GA 30326-1332 | X | C | Incurred: 2009<br>Consideration: Collection agent for KMSP Television and KXJB Television.<br>Apple River Concerts | | | | Notice Only |
| ACCOUNT NO. 4009<br><br>TCM CDC<br>3495 Vadnais Center Drive<br>Vadnais Heights, MN 55110 | X | C | Incurred: 10/06<br>Consideration: Business loan secured by bldg and equipment of General Sam's.<br>Co-Debtors: Somerset Real Estate Partners, LLC; General Sam's, Inc.; and individual businses partners. | | | | 508,500 |
| ACCOUNT NO.<br><br>Telesis Corporation<br>9311 SE 36th Street, Ste 210<br>Mercer Island, WA 98040 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 44,479 |
| ACCOUNT NO. -40A<br><br>The Hudson Free Press Pymt Ctr<br>c/o Helmer Printing<br>PO Box 40<br>Beldenville, WI 54003-0040 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 11,785 |
| ACCOUNT NO. L003<br><br>Tiziani Enterprises LLC<br>PO Box 341<br>Stoughton, WI 53589 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 3,893 |

Sheet no. <u>35</u> of <u>39</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                            Subtotal ➤ | $ | 568,657

                                                           Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re <u>Danny B. Rorabeck & Kathleen M. Rorabeck</u> ,          Case No. _____

         **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0767<br><br>USBank<br>800 Nicollet Mall, #200<br>Minneapolis, MN 55402 | X | C | Consideration: Overdraft protection account. AMO | | | | 4,500 |
| ACCOUNT NO. 3706<br><br>USBank<br>Attn: Bankruptcy Dept<br>PO Box 5229<br>Cincinnati, OH 45201 | | C | Incurred: 99-3/09<br>Consideration: Additional mailing address for creditor. | | | | Notice Only |
| ACCOUNT NO. 3706<br><br>USBank<br>PO Box 108<br>St. Louis, MO 63166-9801 | X | C | Incurred: 99-3/09<br>Consideration: Miscellaneous purchases for business AMO<br>AMO | | | | 29,370 |
| ACCOUNT NO. 2351<br><br>USBank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | | C | Incurred: ongoing<br>Consideration: Checking account reserve line. | | | | 2,000 |
| ACCOUNT NO. 7969<br><br>USBank Home Mortgage<br>4801 Frederica Street<br>Owensboro, KY 42301 | | C | Incurred: 3/06<br>Consideration: Additional mailing address for creditor. | | | | Notice Only |

Sheet no. <u>36</u> of <u>39</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 35,870

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re ___Danny B. Rorabeck & Kathleen M. Rorabeck_____,  Case No. _____

**Debtor**  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

<div style="writing-mode: vertical">Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>USBank Home Mortgage<br>Attn: Correspondence<br>PO Box 20005<br>Owensboro, KY 42304-0005 | | C | Consideration: Additional mailing address for creditor. | | | | Notice Only |
| ACCOUNT NO.  3126<br><br>Vengroff, Williams and Associates<br>PO Box 4155<br>Sarasota, FL 34230 | X | C | Incurred: 2008<br>Consideration: Collection agent for Office Depot.<br>Four Seasons Title | | | | Notice Only |
| ACCOUNT NO.<br><br>Veolia Environmental Services<br>309 Como Avenue<br>St. Paul, MN 55103 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 3,073 |
| ACCOUNT NO.  9512<br><br>Viking Collection Services, Inc.<br>7500 Office Ridge Circle<br>Eden Prairie, MN 55344-3678 | | C | Consideration: Collection agent for Bank of America. | | | | Notice Only |
| ACCOUNT NO.<br><br>Vision One, Inc.<br>6781 N Palm Ave, #120<br>Fresno, CA 93704-1074 | X | C | Incurred: 4/09 -6/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 27,919 |

Sheet no. __37__ of __39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  30,992

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Danny B. Rorabeck & Kathleen M. Rorabeck        ,        Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9720 <br><br> WestConsin Credit Union <br> PO Box 160 <br> Menomonie, WI 54751 | X | C | Incurred: 1/06 <br> Consideration: Personal liability for debt secured by vacant land owned by Steven Derrick <br> Co-Debtors: Steven Derrick, D & S Investments | | | | 880,000 |
| ACCOUNT NO. 9527 <br><br> WestConsin Credit Union <br> PO Box 160 <br> Menomonie, WI 54751 | X | C | Incurred: 10/07 <br> Consideration: Potential personal liability for loan secured by motorhome <br> Co-Debtors: Living Off the Edge, LLC, John Montpetit | | | | 75,000 |
| ACCOUNT NO. 6850 <br><br> Western Wisconsin Auto Auction <br> 3272 County Road P <br> Chippewa Falls, WI 54729 | X | C | Incurred: 1/09 - 3/09 <br> Consideration: Potential personal liability for business debt. <br> Spartan Auto Center | | | | 37 |
| ACCOUNT NO. 5614 <br><br> Worldwide Hagerty Inc <br> dba Kyk Marketing <br> 2600 Constant Comment Place <br> Louisville, KY 40299 | X | C | Incurred: 6/09 <br> Consideration: Potential personal liability for business debt <br> Apple River Concerts | | | | 5,950 |
| ACCOUNT NO. 748 <br><br> WXCE - WLMX <br> PO Box 1260 <br> Amery, WI 54001 | X | C | Incurred: 8/08 - 11/08 <br> Consideration: Potential personal liability for business debt. <br> Spartan Auto Center | | | | 2,302 |

Sheet no. 38 of 39 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    963,289

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re ___Danny B. Rorabeck & Kathleen M. Rorabeck_____,  Case No. _____
    **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 08-4<br><br>Xcel Energy<br>PO Box 8<br>Eau Claire, WI 54702 | X | C | Incurred: 6/09<br>Consideration: Potential personal liability for business debt.<br>Spartan Auto Center | | | | 557 |
| ACCOUNT NO. 45-9<br><br>Xcel Energy<br>PO Box 8<br>Eau Claire, WI 54702-10008 | | C | Consideration: Utilties for rental property in LaCrosse, WI.<br>Property address: 810 South 16th Street, LaCrosse, WI. | | | | 3,274 |
| ACCOUNT NO. 3459<br><br>Xcel Energy<br>PO BOX 9477<br>Minneapolis, MN 55484-9477 | | C | Consideration: Additional mailing address for creditor. | | | | Notice Only |
| ACCOUNT NO.<br><br>Zoe Communications<br>345 Highway 63 South<br>Shell Lake, WI 54871 | X | C | Incurred: 4/09 - 8/09<br>Consideration: Potential personal liability for business debt.<br>Apple River Concerts | | | | 649 |
| ACCOUNT NO. | | | | | | | |

Sheet no. __39__ of __39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 4,480
Total ▶ | $ | 11,754,364

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Danny B. Rorabeck & Kathleen M. Rorabeck</u>  Case No. <u>        </u>

      **Debtor**              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

  Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| USBank Home Mortgage<br>Attn: Correspondence<br>PO Box 20005<br>Owensboro, KY 42304-0005 | First and Second Mortgages on residence. |
| | |
| | |
| | |
| | |
| | |
| | |

In re  Danny B. Rorabeck & Kathleen M. Rorabeck       Case No. _____

               **Debtor**                                                          **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Alternative Mortgage Options, Inc. (AMO) c/o Landmarq Lending 625 Commerce Dr, Ste 215 Hudson, WI 54016 | Amcore Bank Receivable Management Services Staples, Inc. Credit Mediators, Inc. Myers Internet Ascensus Commercial Collection Corp Fannie Mae Affiliated Credit Services Blue Cross Blue Shield USBank CBC Innovis James, Stevens & Daniels USBank |
| Alternative Mortgage Options, Inc. (AMO) c/o Landmarq Lending 625 Commerce Dr, Ste 215 Hudson, WI 54016 | Pitney Bowes IP House Professional Recovery Personnel Falcon Appraisal Service Bank VOD Ricoh Customer Finance Corp Citizens State Bank Riverwalk Holdings |
| Four Seasons Title c/o Dan Rorabeck 1355 Awatukee Trail Hudson, WI 54016 | Ascensus Commercial Collection Corp. Office Depot Vengroff, Williams & Assoc. Rice County Abstract and Title CIT Technology Financing Dynamic Recovery Services |

**In re** Danny B. Rorabeck & Kathleen M. Rorabeck      Case No. _____

            **Debtor**                                                         **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Four Seasons Title<br>c/o Dan Rorabeck<br>1355 Awatukee Trail<br>Hudson, WI 54016 | Pitney Bowes<br>LTD Financial Services<br>Miller Davis Company<br>Beisel & Dunlevy, PA<br>Access Information Systems, Inc.<br>Jon R. Hawks, ltd<br>AT & T<br>Franklin Collection Services<br>Prince Parker & Associates |
| John and Kelly Montpetit<br>1868 County Road I<br>Somerset, WI 54025 | AgStar Financial Services<br>Anchor Bank, fka S & C Bank<br>Doug and Roxan Clausen<br>Dwane R. Axtman<br>Kilkenny Court<br>Blaschko & Associates<br>Kramer Family Limited Partnership #1<br>Platinum Bank<br>State Bank Financial<br>MinnWest Bank Metro |
| Dairyland Hunt Club, LLC<br>c/o Danny Rorabeck<br>1355 Awatukee Trail<br>Hudson, WI 54016 | Agstar Financial Services |
| Steven J. Derrick<br>1438 County Road G<br>New Richmond, WI 54017 | AgStar Financial Services<br>WestConsin Credit Union |
| Terry Montpetit<br>22 Forest Trail<br>Mahtomedi, MN 55115 | Anchor Bank, fka S & C Bank<br>Doug and Roxan Clausen<br>Kilkenny Court<br>Blaschko & Associates<br>Steven Derrick<br>AEG<br>Alexander and Zinaida Minich<br>Eyes of the World Promotions LLC<br>Joel Montpetit<br>O'Neill & Murphy, LLP<br>61 Marine & Sports |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

**In re** Danny B. Rorabeck & Kathleen M. Rorabeck      Case No. _____
<br>      **Debtor**                                                      **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Apple River Concerts, LLC<br>Country Splash Office<br>PO Box 245<br>Somerset, WI 54025 | Anchor Bank, fka S & C Bank<br>Doug and Roxan Clausen<br>Kilkenny Court<br>Blaschko & Associates<br>Steven Derrick<br>AEG<br>AmericInn of New Richmond<br>Joel Montpetit |
| Spartan Auto Center, LLC<br>c/o Dan Rorabeck<br>1355 Awatukee Trail<br>Hudson, WI 54016 | Anchor Bank<br>Dwane R. Axtman<br>Kramer Family Limited Partnership #1<br>Quinlivan & Hughes, PA<br>Security Insurance & Financial Services<br>WI Dept of Revenue |
| Dave Rorabeck<br>1119 Third Street<br>Stillwater, MN 55082 | First National Bank & Trust |
| Mike Rorabeck<br>410 Highland<br>Clinton, WI 53525 | First National Bank & Trust |
| Susan Madden<br>1749 Sun Valley<br>Beloit, WI 53511 | First National Bank & Trust |
| Vicki Kruse<br>3140 Waucheeta<br>Madison, WI 53711 | First National Bank & Trust |
| Sunset Bay Partners, LLP<br>c/o Century 21 - Vicki Kruse<br>120 W Grand Ave<br>Beloit, WI 53511 | First National Bank & Trust |
| JDD Properties, LLC<br>c/o Dan Rorabeck<br>1355 Awatukee Trail<br>Hudson, WI 54016 | First National Bank & Trust |

In re Danny B. Rorabeck & Kathleen M. Rorabeck  Case No. _____

     **Debtor**                  **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| John M. Sorenson<br>11210 Stonemill Farms Curve<br>Woodbury, MN 55129 | First National Bank & Trust |
| Alternative Mortgage Options, Inc. (AMO)<br>c/o Landmarq Lending<br>625 Commerce Dr, Ste 215<br>Hudson, WI 54016 | Lynn, Jackson, Schultz & Lebrun<br>Ricoh Consumer Finance Corp<br>USBank<br>Blue Cross and Blue Shield of Minnesota<br>Affiliated Credit Services<br>AT & T<br>Franklin Collection Service<br>Alliant Law Group, PC |
| Somerset Real Estate Partners, LLC<br>c/o Dan Rorabeck<br>1355 Awatukee Trail<br>Hudson, WI 54016 | Platinum Bank<br>Citizens State Bank<br>TCM CDC<br>MinnWest Bank Metro |
| D & J, LLC<br>c/o Dan Rorabeck<br>1355 Awatukee Trail<br>Hudson, WI 54016 | State Bank Financial |
| Richard and Janet Stout<br>1353 Awatukee Trail<br>Hudson, WI 54016 | State Bank Financial |
| Oakley Properties, LLC<br>1352 Awatukee Trail<br>Hudson, WI 54016 | State Bank Financial |
| John and Kelly Montpetit<br>1868 County Road I<br>Somerset, WI 54025 | Steven Derrick<br>WestConsin Credit Union<br>Alexander and Zinaida Minich<br>Eyes of the World Promotions, LLC<br>Citizens State Bank<br>TCM CDC<br>Joel Montpetit<br>O'Neill & Murphy, LLP<br>61 Marine & Sports |

In re <u>Danny B. Rorabeck & Kathleen M. Rorabeck</u>    Case No. <u>                           </u>

        **Debtor**                                                  **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| D & S Investments of New Richmond, LLC<br>625 Commerce Drive, Ste 215<br>Hudson, WI 54016 | WestConsin Credit Union |
| Living Off the Edge, LLC<br>625 Commerce Drive, Ste 215<br>Hudson, WI 54016 | WestConsin Credit Union |
| Apple River Concerts, LLC<br>Country Splash Office<br>PO Box 245<br>Somerset, WI 54025 | American Supply Group Inc.<br>Arctic Glacier Inc<br>Asphalt Associates, Inc<br>Stuart Krueger, Rodli, Beskar, Boles & Krueger<br>Rodli, Beskar, Boles & Krueger<br>Bayport Printing House<br>Bernick's Pepsi-Cola<br>CMCS<br>CBS Outdoor |
| Apple River Concerts, LLC<br>Country Splash Office<br>PO Box 245<br>Somerset, WI 54025 | Clearwing Productions, Inc.<br>Enterprise Rent-A-Car<br>Estreen & Ogland<br>The Hudson Free Press<br>Innovision Media Group<br>J & J Temperature Control Storage<br>JEV Marketing Inc<br>KGPZ-FM<br>King Country 106.3 |
| Apple River Concerts, LLC<br>Country Splash Office<br>PO Box 245<br>Somerset, WI 54025 | KMSP Television<br>KVLY TV<br>KXJB Television<br>Szabo & Assoc<br>Laird Broadcasting-WDUX<br>Leader Printing<br>Telesis Corp |
| Apple River Concerts, LLC<br>Country Splash Office<br>PO Box 245<br>Somerset, WI 54025 | Lou-Pat Corp<br>Michael Blue Productions<br>Midway Party Rental Inc.<br>Midwest Natural Gas<br>Minnesota Twins<br>Montpetit, Freiling & Kranz<br>Northern States Power |

**In re** Danny B. Rorabeck & Kathleen M. Rorabeck      Case No. _____
         **Debtor**                                                             **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Apple River Concerts, LLC<br>Country Splash Office<br>PO Box 245<br>Somerset, WI 54025 | Northwest Communications (Somerset Telephone Co)<br>Powers Liquid Waste Management<br>Powertex Group<br>Praxair Distribution Inc<br>Radio Fargo-Moorhead<br>Rivertown Newspaper Group<br>River Valley Inn and Suites<br>Satellite Shelters |
| Apple River Concerts, LLC<br>Country Splash Office<br>PO Box 245<br>Somerset, WI 54025 | Spee Dee Delivery Services, Inc.<br>Tiziani Enterprises<br>Veolia Environmental Services<br>Vision One, Inc.<br>Commercial Recovery Corp<br>WI Dept of Revenue<br>Worldwide Hagerty, Inc.<br>Zoe Communications<br>Eyes of the World Promotions, LLC<br>Security Specialists |
| Spartan Auto Center, LLC<br>c/o Dan Rorabeck<br>1355 Awatukee Trail<br>Hudson, WI 54016 | Kent Automotive<br>WI Dept of Workforce Development<br>Innovative Merchant Solutions<br>Anchor Bank<br>Auto Owners Insurance |
| Spartan Auto Center, LLC<br>c/o Dan Rorabeck<br>1355 Awatukee Trail<br>Hudson, WI 54016 | Auto Uplink USA of Minnesota<br>BridgeNet Technologies<br>Car Soup.com<br>Biorn Corp<br>Dealer Track<br>Fish Window Cleaning<br>HR Graphics<br>Cal Coast Credit Service |
| Spartan Auto Center, LLC<br>c/o Dan Rorabeck<br>1355 Awatukee Trail<br>Hudson, WI 54016 | Hunter Engineering Service<br>Midwest Natural Gas Inc<br>Henkel Auto Parts LLC<br>Northgoods.com<br>PDC Pages<br>Powers Liquid Waste Management<br>Praxair Distribution Inc.<br>Bullseye Financial |

**In re** Danny B. Rorabeck & Kathleen M. Rorabeck _____  Case No. _____
_____
**Debtor**                                                                    **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Spartan Auto Center, LLC<br>c/o Dan Rorabeck<br>1355 Awatukee Trail<br>Hudson, WI 54016 | Rivertowns Newspaper Group<br>Credit Service International Corp<br>Royal Tire Inc<br>Northwest Communications |
| Spartan Auto Center, LLC<br>c/o Dan Rorabeck<br>1355 Awatukee Trail<br>Hudson, WI 54016 | Western Wisconsin Auto Auction<br>WXCE - WLMX<br>Phone Directories Co<br>Xcel Energy<br>Allied American Credit |
| TAC Music, LLC<br>22 Forest Trail<br>Mahtomedi, MN 55115 | Eyes of the World Promotions LLC |
| TCADM, LLC<br>22 Forest Trail<br>Mahtomedi, MN 55115 | Eyes of the World Promotions, LLC |
| Apple River Concerts, LLC<br>Country Splash Office<br>PO Box 245<br>Somerset, WI 54025 | M & M Enterprises<br>Bridgeman's<br>Stoll/Chasers Grill & Chill<br>Buffalo Wild Wings<br>Pizza on Wheels<br>All-Star<br>Kennedy Concessions<br>Donielle Courey (Pocket Sandwiches)<br>Paradise Artist, Inc./Bobby Lee<br>Hotel Furniture Liquidators |
| General Sam's, Inc.<br>c/o Dan Rorabeck<br>1355 Awatukee Trail<br>Hudson, WI 54016 | Citizens State Bank<br>TCM CDC |
| Apple River Concerts, LLC<br>Country Splash Office<br>PO Box 245<br>Somerset, WI 54025 | Alexander and Zinaida Minich<br>Kevin Hanover<br>O'Neill & Murphy, LLP<br>61 Marine & Sports |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re ___Danny B. Rorabeck & Kathleen M. Rorabeck_____  Case _____

          **Debtor**                                         (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): son | AGE(S): 23 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Manager | Middle School Counselor |
| Name of Employer | Landmarq Lending | Somerset School District |
| How long employed | since 3/09 | since 8/97 |
| Address of Employer | 625 Commerce Dr, Ste 215 | PO Box 100 |
| | Hudson, WI 54016 | Somerset, WI 54025 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 2,135 | $ 5,000 |
| 2. | Estimated monthly overtime | $ 0 | $ 0 |
| 3. | SUBTOTAL | $ 2,135 | $ 5,000 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 163 | $ 1,161 |
| | b. Insurance | $ 0 | $ 85 |
| | c. Union Dues | $ 0 | $ 47 |
| | d. Other (Specify): __(S)HSA__ | $ 0 | $ 42 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 163 | $ 1,335 |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 1,972 | $ 3,665 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 3,617 | $ 0 |
| 8. | Income from real property | $ 0 | $ 0 |
| 9. | Interest and dividends | $ 0 | $ 0 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0 | $ 0 |
| 11. | Social security or other government assistance ( Specify) | $ 0 | $ 0 |
| 12. | Pension or retirement income | $ 0 | $ 0 |
| 13. | Other monthly income (Specify) | $ 0 | $ 0 |
| | | $ 0 | $ 0 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 3,617 | $ 0 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 5,589 | $ 3,665 |
| 16. | COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | $ 9,254 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

    None _____

_____

_____

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

In re   Danny B. Rorabeck & Kathleen M. Rorabeck                    Case No. _____
                 **Debtor**                                                                              **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 3,899 |
|    a. Are real estate taxes included?         Yes __✓__ No _____ | |
|    b. Is property insurance included?         Yes __✓__ No _____ | |
| 2. Utilities: a. Electricity and heating fuel | $ 600 |
|           b. Water and sewer | $ 0 |
|           c. Telephone | $ 115 |
|           d. Other _Garbage (96)/Cable (100)/Sat and Internet (85)_ | $ 281 |
| 3. Home maintenance (repairs and upkeep) | $ 350 |
| 4. Food | $ 650 |
| 5. Clothing | $ 200 |
| 6. Laundry and dry cleaning | $ 0 |
| 7. Medical and dental expenses | $ 175 |
| 8. Transportation (not including car payments) | $ 600 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 250 |
| 10. Charitable contributions | $ 45 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|       a. Homeowner's or renter's | $ 136 |
|       b. Life | $ 0 |
|       c. Health | $ 100 |
|       d. Auto | $ 490 |
|       e. Other___Umbrella | $ 36 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____deling - State income taxes | $ 1,400 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|       a. Auto | $ 0 |
|       b. Other | $ 0 |
|       c. Other ___ current State income tax liab | $ 730 |
| 14. Alimony, maintenance, and support paid to others | $ 0 |
| 15. Payments for support of additional dependents not living at your home | $ 0 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0 |
| 17. Other | $ 0 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 10,057 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

   None

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $3,665. See Schedule I) | $ 9,254 |
|    b. Average monthly expenses from Line 18 above | $ 10,057 |
|    c. Monthly net income (a. minus b.)        (Net includes Debtor/Spouse combined Amounts) | $ -803 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

Danny B. Rorabeck & Kathleen M. Rorabeck

In re _____     Case No. _____

_____**Debtor**_____                                  _____**(If known)**_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____68_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __1/15/10_____          Signature: ___/s/ Danny B. Rorabeck_____
                                                        **Debtor:**

Date __1/15/10_____          Signature: __/s/ Kathleen M. Rorabeck_____
                                                        **(Joint Debtor, if any)**

**[If joint case, both spouses must sign.]**

--------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

      I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                     Social Security No.
of Bankruptcy Petition Preparer                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

Address

X _____          _____
    Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                 _____
                                                 **[Print or type name of individual signing on behalf of debtor.]**

--------------------------------------------------------------------------------------------------------------

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## Western District of Wisconsin

In Re   Danny B. Rorabeck & Kathleen M. Rorabeck

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2010(db) | 0 | Landmarq Lending, All-In-One Realty |
| 2009(db) | 40,595 | Landmarq Lending, All-In-One Realty |
| 2008(db) | 28,500 | All-In-One Realty, Alternative Mortgage Options (AMO), Four Seasons Title |
| 2010(jdb) | 2,333 | Somerset School District |
| 2009(jdb) | 57,560 | Somerset School District |

| AMOUNT | | SOURCE (if more than one) |
|--------|---|--------------------------|
| 2008(jdb) | 50,622 | Somerset School District |

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|--------|---|--------|
| 2009  (db) | 8700 | rental income |
| 2008(db) | 374,348 | IRA distributions |
| 2009(jdb) | 2,469 | 2008 joint state and federal income tax refunds |
| 2008(jdb) | 16,699 | 2007 joint state and federal income tax refunds |

---

**3. Payments to creditors**

None ☐

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|
| USBank Home Mortgage 800 Moreland Street Owensboro, KY 42301 first and second mortgages | regular monthly pymts | 11,697 | 906,000 |

None 
*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☒
*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐
a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| BAC Home Loans Servicing, L.P. v. Danny B. Rorabeck et al. Case no. 09 CV 1149 | Foreclosure of rental property in La Crosse, WI. | LaCrosse County Circuit Court 333 Vine Street LaCrosse, WI 54601-3296 | Pending Judgment |
| Kilkenny Court v. Float Rite, Inc. et al. Case No. 82-CV-09-6011 Foreign Judgment case no 09 FJ 34 - St. Croix Cty, WI. | Money Judgment | Washington County District Court 14949 62nd Street North Stillwater, MN 55082 | Judgment granted |
| First Horizon Home Loans v. Danny B. Rorabeck et al. Case No. 09 CV 1008 | Foreclosure of rental property located in Somerset, St. Croix Cty, WI. | St. Croix County Circuit Court 1101 Carmichael Road Hudson, WI 54016 | Judgment granted |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Steven Derrick v. Dan Rorabeck et al. Case No. 09 CV 1103 | Unclassified civil | St. Croix County Circuit Court 1101 Carmichael Road Hudson, WI 54016 | Pending |
| AnchorBank fsb v. Danny B. Rorabeck Case No. 09 CV 1328 | Other debt action | St. Croix County Circuit Court 1101 Carmichael Road Hudson, WI 54016 | Pending |
| Citizens State Bank of Lankin v. Dan R. Rorabeck Case no 09 CV 1181 | Money Judgment | St. Croix County Circuit Court 1101 Carmichael Road Hudson, WI 54016 | Judgment granted |
| AnchorBank v. Spartan Auto Center, LLC et al. Case No. 09 CV 1466 | Money judgment | St. Croix County Circuit Court 1101 Carmichael Road Hudson, WI 54016 | Pending |

None ☐      b.      Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Kilkenny Court c/o Lee Bakewell 7440 217th Street North Forest Lake, MN 55025 | 11/24/09 | $695.44 cash levied on USBank account. |

**5. Repossessions, foreclosures and returns**

None ☒      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

**6. Assignments and Receiverships**

None ☒ a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒ b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Account Receivable of $68,000 from: Spartan Auto Center, LLC 515 Spring Street Somerset, WI 54025 | Business was shut down. | 6/09 |

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Account Receivable of $270,000 from: Apple River Concerts, LLC 124 Spring Street Somerset, WI 54025 | Attendance at event was too low to pay off investors and debts. | 2009 |

**9. Payments related to debt counseling or bankruptcy**

None ☐      List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Cricket Debt Counseling 10121 SE Sunnyside Road, Ste 300 Clackamas, OR 97015 | 11/9/09 | $36 |
| D. Peter Seguin Mudge, Porter, Lundeen & Seguin S.C. 110 2nd St, PO Box 469 Hudson, WI 54016-0469 | 10/7/09 and | $2,500 and $1,000 Total: $3,500 |

**10. Other transfers**

None ☐      a.     List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Landmarq Hudson LLC 625 Commerce Dr Hudson, WI 54016  Relationship: corporation of debtor | 8/09 | Real estate located in City of St. Joseph, Stearns Cty, MN. value: $ 139,500 |
| Landmarq Hudson LLC 625 Commerce Drive Hudson, WI 54016  Relationship: corporation | 8/09 | Real estate located in Village of Somerset, St. Croix Cty, WI. value: $ 223,100 |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Landmarq Hudson LLC<br>625 Commerce Drive<br>Hudson, WI 54016<br> Relationship: corporation | 8/09 | Real estate located in Town of Stanton, St. Croix Cty, WI.<br>value: $ 159,000 |
| Landmarq Hudson LLC<br>625 Commerce Drive<br>Hudson, WI 54016<br> Relationship: corporation | 8/09 | Real estate located in City of LaCrosse, LaCrosse Cty, WI.<br>value: $ 134,100 |
| M & B, LLC<br>520 Main Street<br>Somerset, WI 54020<br> Relationship: former business renter | 12/23/09 | Debtor's 100% ownership of 50% membership of D & J, LLC. Value given: release from personal obligation on business debt by lender, State Bank of LaCrosse. |

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| M & I Financial Advisors, Inc.<br>111 E Kilbourn Ave, Ste 200<br>Milwaukee, WI 53202-6672 | Investment account ending in 8636<br> Closing Balance: 3979.84 | 9/1/09 |
| American Enterprise Investment Services<br>70400 Ameriprise Financial Center<br>Minneapolis, MN 55474 | IRA account ending in 8541<br> Closing Balance: 4947.70 | 9/18/09 |

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Wells Fargo Advisors 8500 Normandale Lake Blvd, Ste 1710 Bloomington, MN 55437 | Investment account ending in 2570 Closing Balance: 8413.33 | 9/18/09 |
| Ameriprise Financial Services 70400 Ameriprise Financial Center Minneapolis, MN 55474 | IRA account ending in 1854 Closing Balance: 4966.00 | 9/23/09 |

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None



       If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                 NAME USED               DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None



    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

           NAME

---

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None



a.     List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME            NAME AND ADDRESS         DATE OF         ENVIRONMENTAL
AND ADDRESS       OF GOVERNMENTAL UNIT       NOTICE            LAW

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Alternative Mortgage Options, Inc. (AMO) (MN Corp) | 41-1922472 | 625 Commerce Drive, Ste 215 Hudson, WI 54016 | Mortgage Broker | 11/98 - 4/09 |
| Four Seasons Title, Inc. (MN Corp) | 48-1282521 | 6/07-12/08 625 Commerce Drive, Ste 215 Hudson, WI 54016 11/04-6/07 206 Second Street, Hudson, WI 54016 | Title Insurance Agency | 11/04 - 12/08 |
| General Sam's, Inc. (WI Corp) | 20-1373365 | 124 Main Street Somerset, WI 54025 | Tavern | 2004- ongoing |
| Somerset Real Estate Partners, LLC (WI LLC) | 20-1405607 | 124 Main Street Somerset, WI 54025 | Real Estate Investments | 2004 - ongoing |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Spartan Auto Center, LLC (WI LLC) | 20-4968944 | 515 Spring Street Somerset, WI 54025 | Auto Sales and Service | 6/06 - 6/09 |
| JDD Properties, LLC (MN LLC) | 20-0730751 | 625 Commerce Drive, Ste 215 Hudson, WI 54016 | Real Estate Investment | 2005 - ongoing |
| Apple River Concerts LLC (WI LLC) | 74-3103055 | 124 Spring Street Somerset, WI 54025 | Entertainment Producer | 1/08 - ongoing |
| D & J LLC (WI LLC) | 20-0778180 | 1355 Awatukee Trail Hudson, WI 54016 | Real Estate Investment | 2/04 - ongoing debtor released interest on 12.23.09 |
| Living Off The Edge, LLC (WI LLC) | 41-2107211 | 625 Commerce Drive, Ste 215 Hudson, WI 54016 | Recreational Equipment Owner | 9/03 - ongoing |
| D & S Investments of New Richmond LLC (WI LLC) | 20-4039168 | 1438 County Road G New Richmond, WI 54017 | Real Estate Investment | 1/06 - ongoing |
| Sunset Bay Partners LLC (WI LLC) | 20-2656665 | 120 W Grand Ave Beloit, WI 53511 | Real Estate Investment | 3/07 - ongoing |
| ET Development Company, Inc (WI Corp) | 20-4158712 | 1438 County Road G New Richmond, WI 54017 | Real Estate Development | 1/06 - ongoing |
| Dairyland Hunt Club, LLC (WI LLC) | 20-4257635 | 625 Commerce Drive, Ste 215 Hudson, WI 54016 | Recreational Property | 2/06 - ongoing |
| Riverside Funding Co, LLC (WI LLC) | 20-4339164 | 2305 River Road Wisconsin Dells, WI 53925 | Mortgage Broker | 2/06 - 8/08 |
| Progressive Title, LLC (WI LLC) | 20-4339327 | 2305 River Road Wisconsin Dells, WI 53925 | Title Insurance Agency | Never opened |
| Oakley Properties LLC (WI LLC) | 20-1158874 | 1353 Awatukee Trail Hudson, WI 54016 | Real Estate Investment | 6/07 - ongoing |
| All-In-One Realty LLC (WI LLC) | 41-2156694 | 625 Commerce Drive, Ste 102 Hudson, WI 54016 | Real Estate Sales | 12/07 - ongoing |
| Landmarq Hudson, LLC | | 625 Commerce Drive, Ste 215 Hudson, WI 54016 | | 7/09 - present |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Doghouse Days, Inc. (a CO corp) | 33-1123070 | PO Box 4311 Greenwood Village, CO 80155-4311 | Internet marketing | 6/05 - late 2008 |

     b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☐

| NAME | ADDRESS |
|---|---|
| JDD Properties, LLC | 625 Commerce Drive, Ste 215 Hudson, WI 54016 |
| Sunset Bay Partners, LLC | 120 W Grand Ave Beloit, WI 53511 |
| Dairyland Hunt Club, LLC | 625 Commerce Drive, Ste 215 Hudson, WI 54016 |

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

     *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None
☐
    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| John Holt 855 220th Avenue Somerset, WI 54025 | 2007-2009 |
| Tammy Robotka 4824 Whispering Court Eagan, MN 55122 | 2007-2009 |

None b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☐

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| John Holt | 855 220th Avenue Somerset, WI 54025 | annual audits of mortgage business |

None c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

☐

| NAME | ADDRESS |
|---|---|
| John Holt | 855 220th Avenue Somerset, WI 54025 |

None d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

☐

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Listing of Financial Statements given to Creditors is too onerous to list. Available upon request. Given to numerous creditors on regular basis for various businesses. | Ongoing |

**20. Inventories**

None a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☒ b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  |  |
|---|---|
| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |

### 21. Current Partners, Officers, Directors and Shareholders

None ☒ a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☒ b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22. Former partners, officers, directors and shareholders

None ☐ a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| John Montpetit | transferred shares to Terrance Montpetit transferred 1/3 of all shares of stock | 2009 |

None ☒ b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23. Withdrawals from a partnership or distribution by a corporation

None ☒     If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group**

None
☒

　　　　If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION　　　　　　　TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds**

None
☒

　　　　If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND　　　　　　　　　　TAXPAYER IDENTIFICATION NUMBER (EIN)

\*　\*　\*　\*　\*　\*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date　1/15/10　　　　　　　　Signature　　/s/ Danny B. Rorabeck
　　　　　　　　　　　　　　　　of Debtor　　DANNY B. RORABECK

Date　1/15/10　　　　　　　　Signature　　/s/ Kathleen M. Rorabeck
　　　　　　　　　　　　　　　　of Joint Debtor　KATHLEEN M. RORABECK

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

<u>0</u> continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

# UNITED STATES BANKRUPTCY COURT
### Western District of Wisconsin

Danny B. Rorabeck & Kathleen M. Rorabeck

In re _____ ,   Case No. _____
                    Debtor                                                Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br>USBank Home Mortgage<br>800 Moreland Street<br>Owensboro, KY 42301 | **Describe Property Securing Debt:**<br>Residence; legal description: Pt of Gov Lot 6 and 7, Lot 3 of CSM 6/1523 Except Pt to Awaukee Trail EZ-UT-1282/570, Sec 26-T30N-R19W, St. Croix County, WI. |

Property will be *(check one)*:

☐ Surrendered                    ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt              ☑ Not claimed as exempt

| Property No. 2  *(if necessary)* | |
|---|---|
| **Creditor's Name:**<br>USBank<br>Attn: Bankruptcy Dept<br>PO Box 5229<br>Cincinnati, OH 45201 | **Describe Property Securing Debt:**<br>Residence; legal description: Pt of Gov Lot 6 and 7, Lot 3 of CSM 6/1523 Except Pt to Awaukee Trail EZ-UT-1282/570, Sec 26-T30N-R19W, St. Croix County, WI. |

Property will be *(check one)*:

☐ Surrendered                    ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt              ☑ Not claimed as exempt

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No.  1     NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES        ☐ NO |

| Property No.  2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES        ☐ NO |

| Property No.  3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES        ☐ NO |

___0___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: 1/15/10 _____

_____
/s/ Danny B. Rorabeck
Signature of Debtor

_____
/s/ Kathleen M. Rorabeck
Signature of Joint Debtor

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30353 - Adobe PDF

# United States Bankruptcy Court
## Western District of Wisconsin

In re  Danny B. Rorabeck & Kathleen M. Rorabeck

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ...........................…………………….....… $ _____3,500_____

Prior to the filing of this statement I have received ........……………….................. $ _____3,500_____

Balance Due .................................………………………..................……....…. $ _____0_____

2.  The source of compensation paid to me was:

☑ Debtor           ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor           ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

*Debtor(s) has/have agreed to pay to D. Peter Seguin the legal services fee disclosed above which includes $400  in costs to represent him/her in these bankruptcy proceedings.  Time over and above the legal services flat fee calculated at the rate of $250 per hour for attorney time and $125 per hour for staff time will be charged out at hourly rates as specified.  Additional out of pocket expenses and costs will also be the responsibility of debtor(s).  This bankruptcy fee is a slightly higher fee than normal because it involves self employment and business related debts and issues.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Commencing or defending Adversary Proceedings and Motions, negotiating terms of reaffirmation agreements that differ from the original obligation, amending schedules etc of the original filed documents or participating in formal or informal discovery under bankruptcy rules.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

1/15/10
_____
*Date*

/s/ D. Peter Seguin
_____
*Signature of Attorney*

Mudge, Porter, Lundeen & Seguin S.C.
_____
*Name of law firm*

Dwane R.  Axtman
4747 Geneva Ave North
Oakdale, MN 55128


61 Marine & Sports
11730 Point Douglas Drive
Hastings, MN 55033


Access Information Systems, Inc.
1210 W 96th Street, Ste A
Bloomington, MN 55431


AEG
5750 Wilshire Blvd, Ste 501
Los Angeles, CA 90036


Affiliated Credit Services
PO Box 7739
Rochester, MN 55901


AgStar Financial Services
1921 Premier Drive
Mankato, MN 56001


All-Star
858 Hillary Farms Road
Hudson, WI 54016


Alliant Law Group, P.C.
2860 Zanker Road, Ste 105
San Jose, CA 95134


Allied American Credit
PO Box 3766
Spokane, WA 99220-3766


Alternative Mortgage Options, Inc. (AMO)
c/o Landmarq Lending
625 Commerce Dr, Ste 215
Hudson, WI 54016


Amcore Bank
1210 S Alpine Road
Rockford, IL 61108

American Supply Group Inc.
19360 County Road 81
Osseo, MN 55369


AmericInn of New Richmond
1020 S Knowles Avenue
New Richmond, WI 54017


Ameriprise Bank, FSB
834 Ameriprise Financial Center
Minneapolis, MN 55474


Anchor Bank
25 West Main Street
PO Box 7933
Madison, WI 53707


Anchor Bank
25 West Main Street
PO Box 7933
Madison, WI 53707-7933


Anchor Bank
365 S Knowles Avenue
PO Box 475
New Richmond, WI 54017


Anchor Bank, fka S & C Bank
365 S Knowles Avenue
PO Box 475
New Richmond, WI 54017


Apple River Concerts, LLC
Country Splash Office
PO Box 245
Somerset, WI 54025


Arctic Glacier Inc.
1654 Marthaler Lane
West St. Paul, MN 55118


Ascensus, Inc.
PO Box 36469
Newark, NJ 07188-6469

Asphalt Associates, Inc.
671 Grupe Street
Roberts, WI 54023


AT & T
c/o Alliant Law Group, P.C.
2860 Zanker Rd, Ste 105
San Jose, CA 95134


AT & T
c/o Franklin Collection Service
PO Box 2300
Tupelo, MS 38803-2300


AT & T
c/o Franklin Collection Services, Inc.
PO Box 3910
Tupelo, MS 38803-3910


AT & T
c/o Prince Parker & Associates, Inc.
8625 Crown Crescent Ct, PO Box 474960
Charlotte, NC 28247-4960


Auto Owners Insurance
PO Box 30315
Lansing, MI 48909-7815


Auto Uplink USA of Minnesota
1025 Tomlyn Ave, Ste 400
Shoreview, MN 55126


Bank of America
PO Box 15027
Wilmington, DE 19850-5027


Bank of America
PO Box 5170
Simi Valley, CA 93062-5170


Bank of America Home Loans
Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Bank VOD
PO Box 1136
Glenview, IL 60025


Bayport Printing House, Inc.
102 Central Avenue
Bayport, MN 55003


Beisel & Dunlevy, PA
282 US Trust Center
730 Second Ave South
Minneapolis, MN 55402


Bernick's Pepsi-Cola
c/o CMCS
7400 Lyndale Ave, Ste 160
Minneapolis, MN 55423-4055


Biorn Corp
PO Box 464
Rockford, MN 55373


Blaschko & Associates
1551 Livingston Ave, Ste 103
St. Paul, MN 55118


Blommer and Peterman
13700 West Greenfield Avenue
Brookfield, WI 53005


Blue Cross and Blue Shield of MN
c/o Affiliated Credit Services
PO Box 7739
Rochester, MN 55901


Bridgeman's
6201 Brooklyn Blvd
Brooklyn Center, MN 55429


BridgeNet Technologies
2233 Hamline Ave N, Ste 412
St. Paul, MN 55113

Briggs and Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157


Buffalo Wild Wings
7551 Egan Drive
Savage, MN 55378-2201


Bullseye Financial
PO Box 60
Monticello, MN 55362


Cal Coast Credit Service
2906 McBride Lane
Santa Rosa, CA 95403


CarSoup.com
1401 American Blvd E, #6
Bloomington, MN 55425


CBC Innovis
c/o James Stevens & Daniels
1283 College Park Drive
Dover, DE 19904-8713


CBS Outdoor
PO Box 33074
Newark, NJ 07188-0074


Chase
PO Box 15298
Wilmington, DE 19850


CIT Technology Financing
c/o Dynamic Recovery Services
4101 McEwen, Ste 150
Farmers Branch, TX 75244


CitiFinancial - Hom Furniture
PO Box 22065
Tempe, AZ 85285

Citizens State Bank
321 Briggs Ave, Ste 1
PO Box 128
Park River, ND 58270


Citizens State Bank
375 Stageline Road
PO Box 247
Hudson, WI 54016


Doug and Roxan Clausen
627 Lakeview Court
Wisconsin Dells, WI 53965


Clear Wing Productions, Inc.
11101 W Mitchell Street
West Allis, WI 53214


CMCS
7400 Lyndale Ave, Ste 160
Minneapolis, MN 55423-4055


Commercial Collection Corp
PO Box 288
Tonawanda, NY 14150-0288


Commercial Recovery Corp
9298 Central Ave NE, #310
Minneapolis, MN 55434


Credit Mediators, Inc.
PO Box 456
Upper Darby, PA 19082


Credit Service International
516 Second Street, Ste 210
Hudson, WI  54016-2502


D & J, LLC
c/o Dan Rorabeck
1355 Awatukee Trail
Hudson, WI 54016

D & S Investments of New Richmond, LLC
625 Commerce Drive, Ste 215
Hudson, WI 54016


Dairyland Hunt Club, LLC
c/o Danny Rorabeck
1355 Awatukee Trail
Hudson, WI 54016


Dave Rorabeck
1119 Third Street
Stillwater, MN 55082


Dealer Track
PO Box 6129
New York, NY 10249-6129


Dept of Workforce Development
Division of Unemployment Insurance
PO Box 7945
Madison, WI 53707-7945


Dept of Workforce Development
Division of Unemployment Insurance
PO Box 8914
Madison, WI 53708


Steven Derrick
1438 County Road G
New Richmond, WI 54017


Donielle Courey (Pocket Sandwiches)
1023 E County Road C
Maplewood, MN 55109


Dynamic Recovery Services
4101 McEwen, Ste 150
Farmers Branch, TX 75244


Enterprise Rent-A-Car
2101 Coulee Road
Hudson, WI 54016

Estreen & Ogland
304 Locust Street
Hudson, WI 54016


Eyes of the World Promotions, LLC
Attn: General Counsel
126 N 3rd Street, Ste 150
Minneapolis, MN 55401


Falcon Appraisal Services
PO Box 211
River Falls, WI 54022


Fannie Mae
PO Box 403207
College Park, GA 30349


First Horizon Home Loans
4000 Horizon Way, Ste 100
Irving, TX 75063


First National Bank & Trust
345 East Grand Avenue
PO Box 818
Beloit, WI 53511


First National Bank & Trust
345 Grand Avenue
PO Box 818
Beloit, WI 53511


Fish Window Cleaning
2645 Harlem Street, Ste 1M
Eau Claire, WI 54701


Four Seasons Title
c/o Dan Rorabeck
1355 Awatukee Trail
Hudson, WI 54016


Franklin Collection Services
PO Box 2300
Tupelo, MS 38803-2300

Franklin Collection Services, Inc.
PO Box 3910
Tupelo, MS 38803-3910


General Sam's, Inc.
c/o Dan Rorabeck
1355 Awatukee Trail
Hudson, WI 54016


Gray and Associates
16345 West Glendale Drive
New Berlin, WI 53151


Great Lakes Educational Loan Services
Claims Filing Unit
PO Box 8973
Madison, WI  53708-8973


H.R. Graphics
16750 Park Circle
Chagrin Falls, OH 44023


Kevin Hanover
999 NE Highway 10
Spring Lake Park, MN 55432-1208


Henkel Auto Parts, LLC
c/o NAPA Auto Parts
3114 Lexington Ave N
Roseville, MN 55113


Heywood, Cari and Anderson, S.C.
816 Dominium Drive, #100
Hudson, WI 54016


Hotel Furniture Liquidators
1120 Concord St N
South St. Paul, MN 55075


Huebsch
3605 White Ave
PO Box 904
Eau Claire, WI 54702

Hunter Engineering Service
N6967 County Road X
Arkansaw, WI 54721


Innovative Merchant Solutions
21215 Burbank Blvd, Ste 100
Woodland Hills, CA 91367


Innovision Media Group
3301 East Hill St, Ste 401
Signal Hill, CA 90755


IP House
c/o Professional Recovery Personnel
7040 Lakeland Ave N, ste 200
Minneapolis, MN 55428


J & J Termperature Control Storage, Inc.
910 1st Street
Newport, MN 55055


James, Stevens & Daniels
1283 College Park Drive
Dover, DE 19904-8713


JDD Properties, LLC
c/o Dan Rorabeck
1355 Awatukee Trail
Hudson, WI 54016


JEV Marketing Inc.
2880 Temple Dr, Ste 200
Windsor, Ontario N8W 5J5
CANADA


John and Kelly Montpetit
1868 County Road I
Somerset, WI 54025


John M. Sorenson
11210 Stonemill Farms Curve
Woodbury, MN 55129

Jon R. Hawks Ltd
4530 Blaisdell Ave S
Minneapolis, MN 55419


Kennedy Concessions
9312 325th Street Way
Cannon Falls, MN 55009


Kent Automotive
2689 Paysphere Circle
Chicago, IL 60674


KGPZ-FM
PO Box 447
Grand Rapids, MN 55744


Kilkenny Court
c/o Lee Bakewell
7440 217th Street North
Forest Lake, MN 55025


King Country 106.3
PO Box 190
Shell Lake, WI 54871


KMSP Television
c/o Szabo & Assoc Inc.
3355 Lenox Rd NE, 9th Floor
Atlanta, GA 30326-1332


Kramer Family Limited Partnership #1
3100 Irving Ave South
Minneapolis, MN 55408


Kramer Family Limited Partnership #1
3100 Irving Ave South
Minneapolis, MN 55408-2515


KVLY TV
PO Box 1878
Fargo, ND 58107

KXJB Television
c/o Szabo & Assoc Inc.
3355 Lenox Rd NE, 9th Floor
Atlanta, GA 30326-1332


Laird Broadcasting - WDUX
PO Box 247
Waupaca, WI 54981-0247


Leader Printing
PO Box 570
Eau Claire, WI 54702-0570


Living Off the Edge, LLC
625 Commerce Drive, Ste 215
Hudson, WI 54016


Lou-Pat Corp
396 21st
Newport, MN 55055


LTD Financial Services
7322 Southwest Freeway, Suite 1600
Houston TX 77074-2000


Lynn, Jackson, Schultz & Lebrun
PO Box 8250
Rapid City, SD 57709-8250


M & M Enterprises
1735 60th Street
Inver Grove Heights, MN 55077


Michael Blue Productions LLC
PO Box 128
Somerset, WI 54025


Midway Party Rental Inc.
2110 Gilbert
St. Paul, MN 55104


Midwest Natural Gas
611 Shay Street
Somerset, WI 54025

Midwest Natural Gas Inc.
611 Shay Street
Somerset, WI 54025


Mike Rorabeck
410 Highland
Clinton, WI 53525


Miller Davis Company
310 Fourth Ave S, Ste 1100
Minneapolis, MN 55415


Alexander and Zinaida Minich
2150 Arcade Street
Maplewood, MN 55109


Minnesota Twins
60 South 6th Street
Minneapolis, MN 55402


MinnWest Bank Metro
1150 Yankee Doodle Road
Eagan, MN 55121


Joel Montpetit
222 Grand Ave W, Ste 100
South St. Paul, MN 55075-1139


Montpetit, Freiling & Kranz
222 Grand Ave W, Ste 100
South St. Paul, MN 55075-1139


Myers Internet
c/o Credit Mediators, Inc.
PO Box 456
Upper Darby, PA 19082


Northern States Power Co
PO Box 8
Eau Claire, WI 54702-0008


Northgoods.com
103 East Wisconsin Ave
Tomahawk, WI 54487-1471

Northwest Communications
120 Birch Street West
Amery, Wi 54001


Northwest Communications
Somerset Telephone Co.
120 Birch Street
Amery, WI 54001


O'Neill & Murphy, LLP
1st Nat'l Bank Bldg, #W2600
332 Minnesota Street
St. Paul, MN 55101


Oakley Properties, LLC
1352 Awatukee Trail
Hudson, WI 54016


Office Depot
c/o Vengroff Williams & Associates
PO Box 4155
Sarasota, FL 34230


Paradise Artists, Inc./Bobby Lee
PO Box 1821
Ojai, CA 93024


PDC Pages
135 South Mountain Way
Orem, UT 84058


Phone Directories Co
3 Golf Road, Ste 352
Hoffman Estates, IL 60169


Pitney Bowes
2225 American Drive
Neenah, WI 54958


Pitney Bowes
c/o LTD Financial Services
7322 Southwest Fwy, Ste 1600
Houston, TX 77074

Pizza on Wheels
525 E Park Ave
Tomahawk, WI 54487


Platinum Bank
7667 10th Street North
Oakdale, MN 55128


Powers Liquid Waste Management
2084 Asplund Rd
New Richmond, WI 54017


Powers Liquid Waste Management
2084 Asplund Road
New Richmond, WI 54017


Powertex Group
5651 Highway 93
Eau Claire, WI 54701


Praxair Distribution Inc
2000 Highway 65 N
New Richmond, WI 54017


Praxair Distribution Inc
Dept CH 10660
Palatine, IL 60055-0660


Prince Parker & Assoc
8625 Crown Crescent Court
PO Box 474690
Charlotte, NC 28247


Prince Parker & Associates, Inc.
8625 Corwn Crescent Court
PO Box 474960
Charlotte, NC 28247-4960


Professional Recovery Personnel
7040 Lakeland Ave N, Ste 200
Minneapolis, MN55428

Mark Putz
PO Box 33
Somerset, WI 54025


Quinlivan & Hughes, PA
PO Box 1008
St. Cloud, MN 56302


Radio Fargo-Moorhead
PO Box 10097
Fargo, ND 58106-0097


Rice County Abstract and Title
306 NW 1st Ave
PO Box 97
Faribault, MN 55021


Richard and Janet Stout
1353 Awatukee Trail
Hudson, WI 54016


Ricoh Customer Finance Corp
One Deerwood
10201 Centurion Pkwy N, Ste 100
Jacksonville, FL 32256


Ricoh Customer Finance Corp
PO Box 550599
Jacksonville, FL 32255-0599


Ricoh-CIT Technology Financing
c/o Dynamic Recovery Services
4101 McEwen, Ste 150
Farmers Branch, TX 75244


River Valley Inn & Suites
1030 N Cascade Street
PO Box 508
Osceola, WI 54020


Rivertown Newspaper Group
PO Box 15
Red Wing, MN 55066

Riverwalk Holdings Ltd for USBank
c/o Haster Law Office, PA
6640 Shady Oak Road, Ste 340
Eden Prairie, MN 55344


RMS
PO Box 523
Richfield, OH 44286


RMS
PO Box 5471
Mt Laurel, NJ 08054


Royal Tire Inc
PO Bxo 1450
Minneapolis, MN 55485


Satellite Shelters
20050 75th Ave N
Hamel, MN 55340


Security Insurance & Financial Services
PO Box 510925
New Berlin, WI 53151-0925


Security Specialists
1867 County Road C
Somerset, WI 54025


Somerset Real Estate Partners, LLC
c/o Dan Rorabeck
1355 Awatukee Trail
Hudson, WI 54016


Spartan Auto Center, LLC
c/o Dan Rorabeck
1355 Awatukee Trail
Hudson, WI 54016


Spee-Dee Delivery Services
PO Box 1417
St. Cloud, MN 56302-1417

Staples, Inc.
c/o RMS
PO Box 523
Richfield, OH 44286

State Bank Financial
401 Main Street
LaCrosse, WI 54601-0159

State Bank Financial
401 Main Street
LaCrosse, WI 54602

Steven J. Derrick
1438 County Road G
New Richmond, WI 54017

Stoll-Chasers Grill N Chill
33377 Vics Beach Road
Dent, MN 56528

Richard O. Stout
1353 Awatukee Trail
Hudson, WI 54016

Stuart Krueger
Rodli, Beskar, Boles & Krueger
PO Box 138
River Falls, WI 54022

Sunset Bay Partners, LLP
c/o Century 21 - Vicki Kruse
120 W Grand Ave
Beloit, WI 53511

Susan Madden
1749 Sun Valley
Beloit, WI 53511

Szabo & Assoc Inc.
3355 Lenox Rd NE, 9th Floor
Atlanta, GA 30326-1332

TAC Music, LLC
22 Forest Trail
Mahtomedi, MN 55115

TCADM, LLC
22 Forest Trail
Mahtomedi, MN 55115

TCM CDC
3495 Vadnais Center Drive
Vadnais Heights, MN 55110

Telesis Corporation
9311 SE 36th Street, Ste 210
Mercer Island, WA 98040

Terry Montpetit
22 Forest Trail
Mahtomedi, MN 55115

The Hudson Free Press Pymt Ctr
c/o Helmer Printing
PO Box 40
Beldenville, WI 54003-0040

Tiziani Enterprises LLC
PO Box 341
Stoughton, WI 53589

USBank
800 Nicollet Mall, #200
Minneapolis, MN 55402

USBank
Attn: Bankruptcy Dept
PO Box 5229
Cincinnati, OH 45201

USBank
PO Box 108
St. Louis, MO 63166-9801

USBank
PO Box 1800
St. Paul, MN 55101-0800


USBank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301


USBank Home Mortgage
800 Moreland Street
Owensboro, KY 42301


USBank Home Mortgage
Attn: Correspondence
PO Box 20005
Owensboro, KY 42304-0005


Vengroff, Williams and Associates
PO Box 4155
Sarasota, FL 34230


Veolia Environmental Services
309 Como Avenue
St. Paul, MN 55103


Vicki Kruse
3140 Waucheeta
Madison, WI 53711


Viking Collection Services, Inc.
7500 Office Ridge Circle
Eden Prairie, MN 55344-3678


Vision One, Inc.
6781 N Palm Ave, #120
Fresno, CA 93704-1074


WestConsin Credit Union
PO Box 160
Menomonie, WI 54751


Western Wisconsin Auto Auction
3272 County Road P
Chippewa Falls, WI 54729

Wisconsin Dept of Revenue
718 W Clairmont Ave, Ste 107
Eau Claire, WI 54701


Wisconsin Dept of Revenue
Attn: Special Procedures Unit
PO Box 8901
Madison, WI  53708-8901


Worldwide Hagerty Inc
dba Kyk Marketing
2600 Constant Comment Place
Louisville, KY 40299


WXCE - WLMX
PO Box 1260
Amery, WI 54001


Xcel Energy
PO Box 8
Eau Claire, WI 54702


Xcel Energy
PO Box 8
Eau Claire, WI 54702-10008


Xcel Energy
PO BOX 9477
Minneapolis, MN 55484-9477


Zoe Communications
345 Highway 63 South
Shell Lake, WI 54871

# UNITED STATES BANKRUPTCY COURT
## Western District of Wisconsin

In re  Danny B. Rorabeck & Kathleen M. Rorabeck ,

Debtor

Case No. _____

Chapter    7

# VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 21 pages, is true, correct and complete to the best of my knowledge.

Date  1/15/10

Signature
of Debtor

/s/ Danny B. Rorabeck

DANNY B. RORABECK

Date  1/15/10

Signature
of Joint Debtor

/s/ Kathleen M. Rorabeck

KATHLEEN M. RORABECK

D. Peter Seguin
Mudge, Porter,
Lundeen & Seguin S.C.
110 2nd St, PO Box 469
Hudson, WI 54016-0469
715-386-3200
715-386-5447